**Pro Se Plaintiff**

D. G. SWEIGERT, C/O
MAILBOX, PMB 13339
514 Americas Way, Box Elder, SD 57719
Spoliation-notice@mailbox.org

January 1, 2023

CASE #: 4:22-cv-12696-SDK-APP

District Judge Shalina D. Kumar
U.S. District Court
Eastern District of Michigan
Theodore Levin U.S. Courthouse
231 W. Lafayette Blvd.
Detroit, MI 48226

SUBJ:  Supplement to pre-motion letter requesting an additional 30 days to serve defendants pursuant to F.R.C.P. Rule 4(m).

Your Honor,

1.      This letter seeks to supplement ECF doc. 4.

2.      The undersigned has attempted to contact Louisville, Kentucky attorney Larry Forman to discuss the widely circulated "cease and desist" letter circulated by the C.E.O. of Defendant M.S.D.I., Mr. Jason Goodman (see attached).

3.      The undersign provides a certification that the attached exhibit is a true and accurate representation of the document circulating on Twitter, as published by Mr. Goodman, sole stockholder of Defendant M.S.D.I.

Signed this 1st day of January 2023.

**D. G. SWEIGERT, PRO SE**
**PMB 13339**
**514 Americas Way**
**Box Elder, SD 57719**

Hereby certified that a PDF copy of this letter has been sent via electronic mail to:

Jason Goodman, sole stockholder of MULTIMEDIA SYSTEM DESIGN, INC.

truth@crowdsourcethetruth.org

Certified under penalties of perjury.

Signed this 1st day of January 2023.

*D. Sqt* **PRO SE**

Larry Forman
Forman & Associates
1139 South Fourth St.
Louisville, KY 40203

December 31, 2022

Mr. Forman,

On December 30, 2022, you published a video on YouTube called "Jason Goodman Needs to Chill". In the video, you made several false and defamatory statements about Jason Goodman.

This is a formal demand that you cease and desist from making false public statements about Jason Goodman. Further, you must permanently delete any and all copies of the video from all publication locations and replace all copies with a new video including a formal apology and retraction that contains the following information as stated by you:

Forman was unaware of Goodman's specific accusations against Nathan Broughty at the time of Forman's comments and Forman has not seen Goodman's evidentiary support. Forman now regrets commenting without first informing himself fully of the associated facts.

Neither Jason Goodman, nor Crowdsource the Truth rely on Forman, DUI Guy +, or "LawTube" for any substantial support, financial or otherwise. Forman regrets saying, "You don't shit where you eat, man". Goodman was a "guest chef" in this analogy, Goodman did not "eat". Only Forman profited from YouTube Superchat payments, Google advertising revenue or other direct pecuniary benefits derived from the DUI Guy + platform and Goodman's one time appearance. There is no specific evidence that Goodman gained any direct benefit financial or otherwise.

Larry Forman misspoke when he said that he or any lawyer helped Goodman or gave Goodman any legal advice. Forman has no evidence that any lawyer has assisted or advised Goodman.

Jason Goodman has never recorded a conversation in violation of the law or in a state where two-party consent is legally required and has not first been obtained.

No woman has provided a first-hand account to Larry Forman informing him that Jason Goodman recorded her illegally or against her will in any airport or otherwise. Larry Forman misspoke because he was initially deceived by a hoax video that had been edited by an unauthorized third-party reproducing Jason Goodman's original intellectual property without permission. All parties in the original video had consented to being recorded and the video Forman evaluated was created without Goodman's knowledge or permission. Forman does not even know the name of the alleged woman as he admitted in his own original statements.

"LawTube" does not "feed" Goodman and has never paid Goodman or provided any substantial pecuniary benefit to Goodman. Goodman does not have control of or communication with "soldiers" as Forman stated. Neither Larry Forman nor any of his associates work for or with Goodman in any legal or any other official capacity aside from creating mutually voluntary video livestream recordings.

Goodman has never asked and Nathan Broughty has never offered to help Goodman destroy Christopher Bouzy, Bot Sentinel Inc., or any other person or entity as falsely stated by Forman.

Larry Forman has been deceived by the same network of individuals Goodman alleges have been cyberstalking and harassing Goodman for the past six years. Larry Forman ALMOST became a party to an alleged association in fact enterprise that was attempting to entrap Forman.

With this retraction and formal apology, Larry Forman disavows his previous statements and acknowledges the falsity of the communications from the "kind strangers" Forman mistakenly referred to as "friends" in the December 30 broadcast, including David Geroge Sweigert, George Webb Sweigert and their agents, associates, and assigns.

Jason Goodman has never been arrested. Jason Goodman has never been arrested and "blamed it on the FBI". Forman was completely misinformed by third parties and deliberately mislead for the probable purpose of provoking new legal action from Goodman against Forman.

Jason Goodman had 120,000 subscribers on YouTube long before Larry Forman began broadcasting there. Christopher Bouzy and his alleged co-conspirators destroyed Jason Goodman's social media properties and continue to severely damage Goodman financially.

Forman profits substantially in the form of Superchat payments and Google advertisement payments every time he publishes video content about Goodman v Bouzy or Jason Goodman.

Larry Forman has no evidence that Jason Goodman has ever created a "fictional story". Jason Goodman is a documentarian and investigative journalist who deals in facts and evidence. Larry Forman has no evidence to directly refute any claim ever made by Jason Goodman.

Jason Goodman contacted Forman initially because Forman made a video with Goodman's name in the title. The primary subject of the video was Goodman and a lawsuit filed by Goodman.

Forman agreed with Goodman that inviting Goodman on Forman's show offered mutual benefit.

Forman misspoke when he said Goodman may have ADD or ADHD. Goodman has never been diagnosed with ADD or ADHD. Forman is not a medical professional. It was careless and unprofessional for Forman to offer a medical opinion in the context of his criticism of Goodman.

Forman did not know on December 30, 2022, that Goodman had called him in the previous week to inform Forman of a pending rule 11 sanction motion and the judge's response. Forman realizes now that he misunderstood that Goodman was offering him a time sensitive opportunity to report on breaking news in a case Forman had expressed prior interest in.

Forman regrets the way he chose to handle this opportunity in retrospect, but unfortunately, Goodman has declined an invitation to return to the program.