D. G. SWEIGERT, C/O,<br>
MAILBOX, PMB 13339<br>
514 Americas Way, Box Elder, SD 57719<br>
Spoliation-notice@mailbox.org

January 11, 2023

CASE #: 4:22-cv-12696-SDK-APP

District Judge Shalina D. Kumar
U.S. District Court
Eastern District of Michigan
231 W. Lafayette Blvd.
Detroit, MI 48226

SUBJ:  Supplement to pre-motion letter requesting an additional 30 days to serve defendants pursuant to F.R.C.P. Rule 4(m).

Your Honor,

1. This letter seeks to supplement ECF doc. 4.

2. Jason Goodman, the sole stockholder of Defendant Multimedia Systems Design, Inc., has threatened to bring an action against the undersigned in the Southern District of New York.  This creates a thorny issue as the initial complaint in this action (ECF no. 1) was filed first.

3. Once Mr. Goodman files his Amended Complaint and includes the undersigned as a defendant the federal courts of New York and Michigan will be in a *de facto* state of parallel litigation.  Mr. Goodman's anticipated Amended Complaint will be repetitive and overlapping of the initial complaint in this action (ECF no. 1).  Therefore, under the first to file rule, the undersigned will move for the transfer of the S.D.N.Y. action to the M.E.I.D. for consolidation.

4. Meanwhile, the U.S. Court of Appeals for the Second Circuit has requested an Amicus Brief from the undersigned concerning Mr. Goodman.  Please consider that the *pro se* plaintiff may require an extension of the time period for service of process of an additional two (2) weeks, as the Amicus Brief is due January 24th, 2023 and will consume nearly 100% of the undersigned's time and energy.

5. The undersigned provides a certification that the attached exhibit is a true and accurate representation of the document as published by Mr. Goodman, sole stockholder of Defendant M.S.D.I.

Signed this 11th day of January 2023.

Hereby certified that a PDF copy of this letter has been sent via electronic mail to:

Jason Goodman, sole stockholder of MULTIMEDIA SYSTEM DESIGN, INC.

truth@crowdsourcethetruth.org

Certified under penalties of perjury.

Signed this 11th day of January 2023.

**PRO SE**
D. G. SWEIGERT, C/O
MAILBOX, PMB 13339
514 Americas Way, Box Elder, SD 57719
Spoliation-notice@mailbox.org

# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 10th day of January, two thousand twenty-three.

_____

The National Academy of Television Arts and Sciences, Inc., Academy of Television Arts & Sciences,

    Plaintiffs - Appellees,

v.

Jason Goodman,

    Counter-Claimant-Counter-Defendant-Appellant.

_____

**ORDER**

Docket No. 22-592

D. George Sweigert moves for leave to file an amicus curiae brief.

IT IS HEREBY ORDERED that decision on the motion is DEFERRED. Within 14 days of the date of this order D. George Sweigert must submit his proposed amicus curiae brief. Failure to timely file the brief will result in this motion being denied without prejudice.

For the Court:

Catherine O'Hagan Wolfe,
Clerk of Court