D. G. SWEIGERT, PRO SE, C/O,
MAILBOX, PMB 13339
514 Americas Way, Box Elder, SD 57719
Spoliation-notice@mailbox.org

January 26, 2023

CASE #: 4:22-cv-12696-GAD-KGA

CLERK OF THE COURT
U.S. District Court
Eastern District of Michigan
231 W. Lafayette Blvd.
Detroit, MI 48226

SUBJ:  Submission of $402.00 money order

TO THE CLERK OF THE COURT:

A U.S. Postal Money ORDER for $402.00 was placed in the U.S. Mail via PRIORITY MAIL service on this date with guaranteed delivery Monday, January 30th, 2023 at the U.S. District Court.



The undersigned apologies for this oversight.

*D. Swt*

1