D. G. SWEIGERT, PRO SE, C/O,
MAILBOX, PMB 13339
514 Americas Way, Box Elder, SD 57719
Spoliation-notice@mailbox.org

January 27, 2023

CASE #: 4:22-cv-12696-GAD-KGA

CLERK OF THE COURT
U.S. District Court
Eastern District of Michigan
231 W. Lafayette Blvd.
Detroit, MI 48226

SUBJ:  Submission of $402.00 money order

TO THE CLERK OF THE COURT:

The undersigned is in communication with the U.S. Postal Office to reschedule a delivery after receiving this message, "We attempted to deliver your item at 10:57 am on January 27, 2023 in DETROIT, MI 48226 and a notice was left because an authorized recipient was not available. You may arrange redelivery by using the Schedule a Redelivery feature on this page or may pick up the item at the Post Office indicated on the notice beginning January 28, 2023. If this item is unclaimed by February 11, 2023 then it will be returned to sender."



This parcel was addressed to the Clerk of the Court for the U.S. District Court.

Respectfully,

*D. Swt* (signature)

1