# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MICHIGAN
### Southern Division

| | |
|---|---|
| **D. G. Sweigert, Pro Se Plaintiff**<br><br>-against-<br><br>**MULTIMEDIA SYSTEM DESIGN, INC. d/b/a CROWDSOURCE THE TRUTH, d/b/a 21st Century 3D**<br><br>And<br><br>**George Webb Sweigert**<br><br>**Defendants** | **PRO SE**<br><br>**CASE:**<br><br>**2:22-cv-12696-GAD-KGA**<br><br>**District Judge Gershwin A. Drain**<br><br>**Magistrate Judge Kimberly G. Altman** |

**Plaintiff Pro Se**
**D. G. SWEIGERT**
Spoliation-notice@mailbox.org

**Defendants**
**MULTIMEDIA SYSTEM DESIGN, INC.**
truth@crowdsourcethetruth.org
jason@21stcentury3d.com
**GEORGE WEBB SWEIGERT**
Georg.webb@gmail.com

**PLAINTIFF'S SUPPLEMMENTAL VERIFIED MOTION FOR DECLARATION OF CONSTRUCTIVE SERVICE BY THE COURT PURSUANT TO M.C.R. RULE 2.105(J)(2) FINDING THAT DEFENDANT CORPORATION M.S.D.I. HAS BEEN CONSTRUCTIVELY SERVED**

---

Hereby certified that the statements herein are true and that a true .PDF file of this document

has been transmitted via electronic message to the parties named above.  Signed this eighth day

of April, 2023 (4/8/2023).

**D. G. SWEIGERT PRO SE, C/O**
**PMB 13339, 514 Americas Way,**
**Box Elder, SD 57719**

**PLAINTIFF'S SUPPLEMENTAL VERIFIED MOTION FOR DECLARATION OF
CONSTRUCTIVE SERVICE BY THE COURT PURSUANT TO RULE 2.105(J)(2)
FINDING THAT DEFENDANT CORPORATION M.S.D.I. HAS BEEN
CONSTRUCTIVELY SERVED**

---

NOW COMES THE PRO SE PLAINTIFF D. G. SWEIGERT to advise the Court that he is
attempting to engage licensed private detectives in the State of New York to locate Jason
Goodman and serve him with the summons and amended complaint issued in this instant
litigation.

The attached **EXHIBIT ONE** clearly indicates that the sole shareholder of the Defendant
corporation (M.S.D.I.) has received and acknowledged the undersigned's e-mail messages to a
federal judge (see attached).  Two previous e-mail messages containing PDF copies of the
summons and amended complaint have been sent to Jason Goodman electronically in this
manner.

The statements in this document are true and correct as to my understanding when the
statements were made, certified under penalties of perjury.  Signed this eighth day of April,
2023 (4/8/2023).


**D. G. SWEIGERT PRO SE, C/O
PMB 13339, 514 Americas Way,
Box Elder, SD 57719
Spoliation-notice@mailbox.org**

2

# EXHIBIT ONE

The Honorable Analisa Torres
U.S. District Court for the Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, NY 10007
Torres_NYSDChambers@nysd.uscourts.gov
Via e-mail and pro se electronic filing

Re: Case No.: 1:21-cv-10878-AT-JLC Goodman v Bouzy et al

April 7, 2023

Dear Judge Torres,

I respectfully request that you take additional notice of the urgent need to permanently enjoin Mr. Sweigert from cyber stalking and harassing me. I have reported him to law enforcement many times. The NY FBI, Detroit FBI, Philadelphia FBI, Columbia, SC FBI, NYPD, Detroit PD, Philadelphia PD all have declined to take action. Virtually every day for the past six years, Mr. Sweigert has focused his attention on cyberstalking and harassing me in any way he can muster.

As I write this, today is my birthday, a fact I ordinarily would not share, except Mr. Sweigert has chosen to focus on this as he intensifies his harassment with multiple irrelevant emails and malicious actions. He claims these are "privileged communications", but that is a transparent attempt to disguise his maniacal cyber harassment as litigation.

Mr. Sweigert sent three emails today on April 7, 2023, noting that it is my birthday, and having no legitimate purpose in this litigation at this time or in this manner, to recipients at the Rochester, MN police department. **(EXHIBIT A)**

In these emails, Mr. Sweigert attributes several claims to me that I never made and attempts to compel me to present evidence of Peter Smith's murder. Evidence related to my claims about Peter Smith's death will properly come to light during discovery in this matter

should it proceed.  Evidence I have already placed in the public domain contradicts claims made by Benjamin Wittes in this case.  I believe Sweigert has calculated his actions to support and defend Wittes in the same way the initial matter that gave rise to this case was intended to.

Christopher Bouzy and David Sweigert both use cyber harassment as a deterrent.  Rather than challenge my facts and evidence, these defendants rely on lawfare and false claims to police and courts.  Mr. Sweigert has demonstrated a pattern and practice of making false statements to law enforcement and helping others to do so.  These false statements and malicious actions are specifically calculated to create legal complications and other dangers for me.  After Jankowicz' false claims resulted in an order disallowing me to possess a firearm, Sweigert posted tweets ensuring his network of malicious Twitter followers knew I was unarmed.  **(EXHIBIT B)**

Shortly after that, I was approached on the street by strangers who seemed to know who I was.  One of them asked "How is George?" apparently referring to George Webb Sweigert.  The following day David Sweigert published a tweet claiming these were "process servers" but neither of them attempted to serve me with anything.  **(EXHIBIT C)**

Mr. Sweigert's behavior is beyond the pale, and frankly unbearable.  I pray the Court will consider the full scope of its capability to compel Mr. Sweigert to behave like a normal litigant and cease and desist from his persistent malicious harassment.  His psychotic obsession with me is deeply troubling.  Law enforcements' refusal to intervene is only more so.   Please, your honor, please take some reasonable action to compel Mr. Sweigert to curtail his insane behavior.

Respectfully submitted,

Jason Goodman

**(EXHIBIT A)**

From: **Spoliation Notice** spoliation-notice@mailbox.org
Subject: Re: Death of Peter W. Smith
Date: April 7, 2023 at 8:56 PM
To: Jason Goodman truth@crowdsourcethetruth.org
Cc: kmirehouse@rochestermn.gov, rostreng@rochestermn.gov, mdennis@rochestermn.gov, rfdrecruitment@rochestermn.gov, thelgeson@rochestermn.gov, spoliation@posteo.net, Berlins berlins@ballardspahr.com, mishkinm@ballardspahr.com, Liz Lockwood  liz.lockwood@alilockwood.com, Margaret Esquenet  margaret.esquenet@finnegan.com, George Webb Sweigert georg.webb@gmail.com, MaryKate.Brennan@finnegan.com, richard_loury@mied.uscourts.gov, colin@patreon.com, legal@patreon.com, copyright@patreon.com, Chasort  chasort@gmail.com, Spoliation Notice  spoliation-notice@mailbox.org

Jason,

The undersigned is looping in Charles Ortel since he will also receive a subpeona.

BTW Happy Birthday.

Best,

> On 04/07/2023 4:25 PM PDT Spoliation Notice <spoliation-notice@mailbox.org> wrote:
>
> A lawsuit against PATREON seems reasonable.
>
>> On 04/07/2023 4:21 PM PDT Spoliation Notice <spoliation-notice@mailbox.org> wrote:
>>
>> Well,
>>
>> The State law of Minnesota allows the request.
>>
>> At least I never discussed having 500 naked photos of myself on my laptop with a 15 minute video of myself masturbating like Jason Goodman.
>>
>> The police can form their own opinion if Jason Goodman is a sex pervert.
>>
>> Jason Goodman proclaimed he had new evidence in this murder investigation.  He does not.
>>
>> PATREON is culpable.
>>
>> Best,
>>
>>> On 04/07/2023 7:12 AM PDT Jason Goodman <truth@crowdsourcethetruth.org> wrote:
>>>
>>> To all recipients of this email. The sender, David George Sweigert using the email address spoliation-notice@mailbox.org has no legal authority to request this information or to compel anyone to provide it. Sweigert is a serial harasser and believed to be mentally ill. He has been cyber stalking me for more than six years.
>>>
>>> He has made numerous public statements about his family history of mental illness and I believe he is a danger to my safety. https://vk.com/video731682021_456239020
>>>
>>> You should not cooperate with him unless you are compelled to do so by court order or other legitimately authorized means.
>>>
>>> Jason Goodman
>>>
>>>> On Apr 2, 2023, at 2:06 PM, Spoliation Notice <spoliation-notice@mailbox.org> wrote:
>>>>
>>>> To:
>>>> Rochester Police Department & Olmsted County Records
>>>> 101 4th St SE
>>>> Rochester, MN 55904
>>>>
>>>> REF: Death of Peter W. Smith, 05/13/20217, MN0550100
>>>>
>>>> To Whom It May Concern:
>>>>
>>>> Pursuant to the Minnesota Government Data Practices Act, the undersigned hereby requests the following records:

Any and all records, reports, and documents relating to Peter W. Smith, who was found dead by the Rochester Police Department in a Rochester, Minnesota hotel room on May 14, 2017.

The undersigned further requests copies of any and all documents provided to your police department by:

JASON GOODMAN
(address, DOB, SSAN attached)

Jason Goodman provided your police department with unimpeachable evidence that the Peter Smith death was most likely a murder executed by possible political operative.

These materials provided by Mr. Goodman included video footage that Jason Goodman obtained from Walmart. This unimpeachable evidence resulted in the lead investigator advising Mr. Goodman that he was the "best detective" he had ever met and that Mr. Goodman's evidence would cause the case to be re-opened.

This request seeks copes of all such evidence and communications received from Jason Goodman in this matter. He is copied on this e-mail message.

The requested documents will be made available to the general public, and this request is not being made for commercial purposes.

In the event that there are fees, the undersigned would be grateful if you would inform me of the total charges in advance of fulfilling my request. The undersigned would prefer the request be filled electronically, by e-mail attachment if available or CD-ROM if not.

Thank you in advance for your anticipated cooperation in this matter.
Sincerely,

D. G. Sweigert
Evidence Collection Team<complaint-information-1.jpg><complaint-information-2.jpg><goodyed.jpg><jason-goodman-arrest.jpg>

**(EXHIBIT B)**

← **Tweet**



**Oops I crapped my pants**
@LiberateYoutube                                    ...

3D guy Jason Goodman gets no firearms restraining order -- George
Webb / Chris Bouzy #LAWTUBE #SunshineSachs #SussexSquad
@winkie_doo @RoyalFamily @natlawyerchic @realgeorgewebb1
@vicenews @RollingStone @wiczipedia @BuzzFeed @WIRED
@BrookingsInst @buzzfeed @TheEmmys #lawnerds



8:13 PM · Feb 14, 2023 · **256** Views

**(EXHIBIT C)**



Oops I crapped my pants
@LiberateYoutube

Jason Goodman may pay $40K in sanctions Tax Cheat @NewYorkStateAG @ImperatorTruth #sdny @nypd10th #trump #jail #crime #donaldtrump #stromydaniels #crime #crimefamily #biden #china #godfather #corleone Charles Ortel Bouzy sex pervert #j6 @nypost @IRS_CI

9:09 PM · Apr 3, 2023 · **83** Views



