UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
Southern Division

| | |
|---|---|
| D. G. Sweigert, Pro Se Plaintiff<br><br>-against-<br><br>MULTIMEDIA SYSTEM DESIGN, INC. d/b/a<br>CROWDSOURCE THE TRUTH,<br> d/b/a 21st Century 3D<br><br>And<br><br>George Webb Sweigert<br><br>Defendants | PRO SE<br><br>CASE:<br><br>2:22-cv-12696-GAD-KGA<br><br>District Judge Gershwin A. Drain<br><br>Magistrate Judge Kimberly G. Altman |

**Plaintiff Pro Se**
**D. G. SWEIGERT**
Spoliation-notice@mailbox.org

**Defendants**
**MULTIMEDIA SYSTEM DESIGN, INC.**
truth@crowdsourcethetruth.org
jason@21stcentury3d.com
**GEORGE WEBB SWEIGERT**
Georg.webb@gmail.com

**PLAINTIFF'S MOTION FOR LEAVE OF COURT TO TAKE
JUDICIAL NOTICE ABOUT ACTIONS INVOLVING DEFENDANTS**

---

Hereby certified that the statements herein are true and that a true .PDF file of this document has been transmitted via electronic message to the parties named above. Signed this third day of June 2023 (06/03/2023).

*D. Swgt* **D. G. SWEIGERT PRO SE, C/O**

PMB 13339, 514 Americas Way,
Box Elder, SD 57719

1

## PLAINTIFF'S MOTION FOR LEAVE OF COURT TO TAKE
## JUDICIAL NOTICE ABOUT ACTIONS INVOLVING DEFENDANTS

NOW COMES THE PRO SE PLAINTIFF D. G. SWEIGERT to advise the Court that he is attempting to engage licensed private detectives in the State of New York to locate Jason Goodman and serve him with the summons and amended complaint issued in this instant litigation. Meanwhile, as seen in the attached exhibits, George Webb has been located in Orlando, Florida.

The statements in this document are true and correct as to my understanding when the statements were made, certified under penalties of perjury. Signed this third day of June, 2023 (06/03/2023).

D. G. SWEIGERT PRO SE, C/O
PMB 13339, 514 Americas Way,
Box Elder, SD 57719
Spoliation-notice@mailbox.org

# EXHIBIT ONE

Case 1:21-cv-06887-JGK-VF   Document 214   Filed 05/29/23   Page 1 of 7
Case 1:21-cv-10878-AT-JLC   Document 214   Filed 05/29/23   Page 4 of 7

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 05/29/2023

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| D. G. Sweigert,<br>Pro Se Counter-Plaintiff<br><br>-against-<br><br>Jason Goodman,<br>Pro Se Counter-Defendant | PRO SE<br><br>21-cv-10878-AT-JLC<br><br>District Judge Analisa Torres<br><br>Magistrate Judge James L. Cott |

**DEFENDANT'S NOTICE OF INTERLOCUTORY APPEAL
TO THE U.S. COURT OF APPEALS FOR THE SECOND CIRCUIT
PURSUANT TO 28 U.S.C. § 1292**

The *pro se* Defendant-Counter Plaintiff (undersigned) files these papers to appeal -- to the U.S. States Court of Appeals -- the ORDERS entered as (1) ORDER (gatekeeper pre-filing injunction) ECF No. 202, filed May 2, 2023, and (2) ORDER (enforcement of gatekeeper pre-filing injunction) filed as ECF No. 211, filed May 22, 2023, under the aegis of 28 U.S.C. § 1292 and *U.S. v. All Assets of Statewide Auto Parts,* 971 F.2d 896 (2d Cir. 1992).

Signed this Memorial Day, May 29, 2023

*D. Sgt*

D. G. SWEIGERT
USAF veteran, Republic of Panama
PRO SE DEFENDANT, C/O
PMB 13339, 514 Americas Way,
Box Elder, SD 57719

## CERTIFICATE OF SERVICE

**It is hereby certified under the penalties of perjury that a true copy PDF file has been sent via e-mail message to the following:**

Jason Goodman, sole stockholder of MULTIMEDIA SYSTEM DESIGN, INC.

truth@crowdsourcethetruth.org

And

Georg.webb@gmail.com

berlins@ballardspahr.com

mishkinm@ballardspahr.com

margaret.esquenet@finnegan.com

liz.lockwood@alilockwood.com

Certified under penalties of perjury.

Signed this Memorial Day, May 29, 2023

                                                                                    **PRO SE DEFENDANT**

# EXHIBIT TWO

4

| | | |
|---|---|---|
| | | U.S. Mail and Electronic Mail. Document filed by Margaret Esquenet, Adam Sharp, The Academy of Television Arts & Sciences..(Mills, John) (Entered: 05/12/2023) |
| 05/16/2023 | 208 | MOTION for Reconsideration re; 203 Report and Recommendations,,,,,,,,,,,,,, . Document filed by Nina Jankowicz, Benjamin Wittes..(Lockwood, Elizabeth) (Entered: 05/16/2023) |
| 05/16/2023 | 209 | MEMORANDUM OF LAW in Support re: 208 MOTION for Reconsideration re; 203 Report and Recommendations,,,,,,,,,,,,, . . Document filed by Nina Jankowicz, Benjamin Wittes..(Lockwood, Elizabeth) (Entered: 05/16/2023) |
| 05/18/2023 | 210 | MOTION, Re: Request for Judicial Service. Document filed by Jason Goodman. (Attachments: # 1 Certificate of Service)(sc) (Entered: 05/19/2023) |
| 05/22/2023 | 211 | ORDER denying 210 Motion for Judicial Notice re: 210 MOTION Request for Judicial Service. Per the Court's order of May 2, 2023 (Dkt. No. 202), this motion is denied as it was filed without court permission. Given the current posture of the case, in which there is pending an Order & Report and Recommendation (Dkt. No. 203), the only proper submissions for plaintiff to make at this time are (1) any objections to the Order & Report and Recommendation; (2) any opposition to the joint motion to dismiss filed at Docket No. 205; and (3) any opposition to the motion for reconsideration filed at Docket No. 208. (HEREBY ORDERED by Magistrate Judge James L. Cott)(Text Only Order) (Cott, James) (Entered: 05/22/2023) |
| 05/22/2023 | 212 | OBJECTION TO ORDER & RECOMMENDATION, Re: to 203 Report and Recommendations Document filed by Jason Goodman. (Attachments: # 1 Certificate of Service)(sc) (Entered: 05/22/2023) |
| 05/23/2023 | | MAILING RECEIPT: Document No: 211. Mailed to: Jason Goodman 252 7th Avenue Apt. 6S New York, NY 10001. (kh) (Entered: 05/23/2023) |
| 05/26/2023 | 213 | RESPONSE in Opposition to Motion re: 205 JOINT MOTION to Dismiss *Amended Complaint*. Document filed by Jason Goodman. (Attachments: # 1 Certificate of Service) (sac) (Entered: 05/26/2023) |
| 05/29/2023 | 214 | NOTICE OF INTERLOCUTORY APPEAL from 211 Order on Motion for Miscellaneous Relief,, 202 Order,,,,. Document filed by David George Sweigert..(nd) (Entered: 05/30/2023) |
| 05/30/2023 | | Transmission of Notice of Appeal and Certified Copy of Docket Sheet to US Court of Appeals re: 214 Notice of Interlocutory Appeal..(nd) (Entered: 05/30/2023) |
| 05/30/2023 | | Appeal Record Sent to USCA (Electronic File). Certified Indexed record on Appeal Electronic Files for 214 Notice of Interlocutory Appeal filed by David George Sweigert were transmitted to the U.S. Court of Appeals..(nd) (Entered: 05/30/2023) |
| 05/30/2023 | 215 | LETTER addressed to Judge Analisa Torres from D.G. Sweigert, dated 5/30/23 re: REQUEST FOR LEAVE OF THE COURT TO FILE MOTION TO STAY PROCEEDINGS PENDING UNDERSIGNED 28:1292(a)(1) APPEAL. Document filed by David George Sweigert.(sc) (Entered: 05/30/2023) |
| 05/30/2023 | 216 | RESPONSE IN OPPOSITION TO MOTION FOR RECONSIDERATION, re: 208 MOTION for Reconsideration re; 203 Report and Recommendations, . Document filed by Jason Goodman. (Attachments: # 1 Certificate of Service)(sc) Modified on 5/31/2023 (nb). (Entered: 05/31/2023) |
| 06/02/2023 | 217 | REPLY re: 212 Objection to Report and Recommendations . Document filed by Seth Berlin, Bot Sentiel, Inc., Christopher Ellis Bouzy, Maxwell Mishkin. (Attachments: # 1 Exhibit A - May 10, 2023 email).(Berlin, Seth) (Entered: 06/02/2023) |