## U.S. District Court
## Eastern District of Michigan (Detroit)
## CIVIL DOCKET FOR CASE #: 2:22−cv−12696−GAD−KGA

| | |
|---|---|
| Sweigert v. Multimedia System Design, Inc. et al | Date Filed: 11/08/2022 |
| Assigned to: District Judge Gershwin A. Drain | Date Terminated: 08/02/2023 |
| Referred to: Magistrate Judge Kimberly G. Altman | Jury Demand: None |
| Cause: No cause code entered | Nature of Suit: 890 Other Statutory Actions |
| | Jurisdiction: Federal Question |

**Plaintiff**

**D.G. Sweigert**  represented by  **D.G. Sweigert**
PMB 13339
514 Americas Way, Box
Elder, SD 57719
PRO SE

V.

**Defendant**

**Multimedia System Design, Inc.**
*Doing business as*
Crowdsource The Truth
*Doing business as*
21st Century 3D

**Defendant**

**Odysee Holdings, Inc.**
*A Delaware Corporation*
*TERMINATED: 01/23/2023*

**Defendant**

**LBRY, Inc.**
*A Delaware Corportation*
*TERMINATED: 01/23/2023*

**Defendant**

**George Webb Sweigert**

| Date Filed | # | Docket Text |
|---|---|---|
| 11/08/2022 | Ï 1 | COMPLAINT filed by D.G. Sweigert against All Defendants. (NAhm) (Entered: 11/08/2022) |
| 11/08/2022 | Ï | Deficiency directed to D.G. Sweigert: Initiating document filed without any form of payment or Application for In Forma Pauperis. (NAhm) (Entered: 11/08/2022) |
| 11/21/2022 | Ï 3 | Notice Regarding Parties' Responsibility to Notify Court of Address Changes (KCas) (Entered: 11/21/2022) |

| | | |
|---|---|---|
| 12/28/2022 | Ï 4 | LETTER from D.G. Sweigert (DPer) (Entered: 12/28/2022) |
| 01/03/2023 | Ï 5 | Supplement to 4 by D.G. Sweigert. (NAhm) (Entered: 01/03/2023) |
| 01/06/2023 | Ï 6 | SUPPLEMENT to 4 Letter by D.G. Sweigert (DPer) (Entered: 01/06/2023) |
| 01/10/2023 | Ï 7 | ERRATA Sheet/Supplement re: 4 Letter. by D.G. Sweigert [Submitted through Pro Se Portal 1/10/23] (SSch) (Entered: 01/10/2023) |
| 01/11/2023 | Ï 8 | ERRATA Sheet/Supplement to 4 Letter. by D.G. Sweigert [Submitted through Pro Se Portal 1/11/23] (SSch) (Entered: 01/12/2023) |
| 01/18/2023 | Ï 9 | ORDER REASSIGNING CASE from District Judge Shalina D. Kumar and Magistrate Judge Anthony P. Patti in Flint to District Judge Gershwin A. Drain and Magistrate Judge Kimberly G. Altman in Detroit. (NAhm) (Entered: 01/18/2023) |
| 01/18/2023 | Ï 10 | Letter re: Supplement to Pre−Motion Letter from D.G. Sweigert [Submitted through Pro Se Portal 1/18/23] (SSch) (Entered: 01/19/2023) |
| 01/19/2023 | Ï 11 | Letter re: Supplement to Pre−Motion Letter from D.G. Sweigert [Submitted through Pro Se Portal 1/19/23] (NAhm) (Entered: 01/19/2023) |
| 01/23/2023 | Ï 12 | AMENDED COMPLAINT filed by D.G. Sweigert against Multimedia System Design, Inc., George Webb Sweigert. [Submitted through Pro Se Portal 1/23/23] (SSch) Modified on 1/23/2023 (SSch). (Entered: 01/23/2023) |
| 01/23/2023 | Ï 13 | EXHIBITS re 12 Amended Complaint by D.G. Sweigert [Submitted through the Pro Se Portal 1/23/23] (SSch) (Entered: 01/23/2023) |
| 01/23/2023 | Ï 14 | ORDER for D.G. Sweigert to Show Cause why the Case should not be Dismissed for Failure to Pay the Filing Fee. **Show Cause Response due by 1/31/2023** Signed by District Judge Gershwin A. Drain. (TMcg) (Entered: 01/23/2023) |
| 01/23/2023 | Ï | TEXT−ONLY CERTIFICATE OF SERVICE re 14 Order to Show Cause on D.G. Sweigert at PMB 13339, 514 Americas Way, Box, Elder, SD 57719. (TMcg) (Entered: 01/23/2023) |
| 01/23/2023 | Ï 15 | EXHIBITS re 12 Amended Complaint by D.G. Sweigert [DUPLICATE OF 13 EXHIBITS] [Submitted through Pro Se Portal 1/23/23] (SSch) (Entered: 01/24/2023) |
| 01/26/2023 | Ï 16 | Letter re payment from D.G. Sweigert (SSch) (Entered: 01/26/2023) |
| 01/26/2023 | Ï 17 | Letter re payment from D.G. Sweigert [Submitted through Pro Se Portal 1/26/23] (SSch) (Entered: 01/27/2023) |
| 01/27/2023 | Ï 18 | Letter re Service from D.G. Sweigert [Submitted through Pro Se Portal 1/27/23] (SSch) (Entered: 01/30/2023) |
| 01/30/2023 | Ï | FILING FEE Received in the amount of 402.00 by D.G. Sweigert − Receipt No. 150003713 [No Image Associated with this docket entry] (RBog) (Entered: 01/30/2023) |
| 01/30/2023 | Ï 19 | Letter from D.G. Sweigert [Submitted through Pro Se Portal 1/30/23] (SSch) (Entered: 01/30/2023) |
| 01/31/2023 | Ï 20 | SUMMONS Issued for *Multimedia System Design, Inc. * (SSch) (Entered: 01/31/2023) |
| 01/31/2023 | Ï 21 | SUMMONS Issued for *George Webb Sweigert* (SSch) (Entered: 01/31/2023) |
| 01/31/2023 | Ï 22 | Summonses Provided to Plaintiff(s) for Service (SSch) (Entered: 01/31/2023) |
| 02/07/2023 | Ï 23 | MOTION for Extension of 30 days to serve Defendant Corporation by D.G. Sweigert. [Submitted through Pro Se Portal 2/7/23] (SSch) (Entered: 02/07/2023) |

| | | |
|---|---|---|
| 02/17/2023 | 24 | ORDER Granting 23 Motion for Extension of Service. Signed by District Judge Gershwin A. Drain. (TMcg) (Entered: 02/17/2023) |
| 02/17/2023 |  | TEXT–ONLY CERTIFICATE OF SERVICE re 24 Order on Motion to Extend on D.G. Sweigert at PMB 13339, 514 Americas Way, Box, Elder, SD 57719. (TMcg) (Entered: 02/17/2023) |
| 02/22/2023 | 25 | MOTION for Alternate Service by D.G. Sweigert. [Submitted through Pro Se Portal] (SSch) (Entered: 02/24/2023) |
| 03/20/2023 | 26 | MOTION for Declaration of Constructive Service by the Court by D.G. Sweigert. [Submitted through Pro Se Portal] (SSch) (Entered: 03/20/2023) |
| 03/21/2023 | 27 | SUPPLEMENTAL Verified re 26 MOTION for Declaration of Constructive Service by the Court filed by D.G. Sweigert. [Submitted through Pro Se Portal] (SSch) (Entered: 03/22/2023) |
| 04/10/2023 | 28 | SUPPLEMENTAL re 26 MOTION for Declaration of Constructive Service by the Court filed by D.G. Sweigert. [Submitted through pro se portal] (SSch) (Entered: 04/10/2023) |
| 05/15/2023 | 29 | MOTION for Leave of Court to Take Judicial Notice About Actions Involving Defendants by D.G. Sweigert. [Submitted through Pro Se Portal] (JOwe) (Entered: 05/15/2023) |
| 06/05/2023 | 30 | MOTION for Leave of Court to take judicial notice about actions involving defendants by D.G. Sweigert. (Pro se upload) (TTho) (Entered: 06/05/2023) |
| 08/02/2023 | 31 | ORDER (1) SATISFYING SHOW CAUSE ORDER; (2) TRANSFERRING PLAINTIFFS COMPLAINT TO THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF NEW YORK; AND (3)DISMISSING WITHOUT PREJUDICE PLAINTIFFS PENDING MOTIONS ECF NOS. 25 , 26 , 29 , AND 30 . Signed by District Judge Gershwin A. Drain. (TTho) (Entered: 08/03/2023) |