IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| D. G. SWEIGERT,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>JASON GOODMAN, ET AL.,<br><br>　　　　Defendants | Case No.: 1:23-cv-05875-JGK<br><br>Case No.: 1:23-cv-06881-JGK<br><br>**CERTIFICATE OF SERVICE** |

1. It is hereby certified that Defendant Pro Se, Jason Goodman, served Plaintiff with a copy of the Motion for Reconsideration or to Alter or Amend Judgement via USPS.

　　D. G. SWEIGERT, C/O

　　PMB 13339, 514 Americas Way,

　　Box Elder, SD 57719

Signed this 23rd day of October 2023

Respectfully submitted,

_____
Jason Goodman, Defendant, Pro Se
252 7th Avenue Apt 6s
New York, NY 10001
(347) 380-6998
truth@crowdsourcethetruth.org

CERTIFICATE OF SERVICE - 1