IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| D. G. SWEIGERT<br><br>     Plaintiff,<br><br>vs.<br><br>JASON GOODMAN, ET AL.,<br><br>     Defendants | Case No.: 1:23-cv-05875-JGK<br><br>Case No.: 1:23-cv-06881-JGK<br><br>**NOTICE OF MOTION FOR RECONSIDERATION OR TO ALTER OR AMEND JUDGEMENT** |

   PLEASE TAKE NOTICE that, with this filing and its associated briefs, memoranda and exhibits, defendant Jason Goodman, by and for himself pro se, will move this Honorable Court for an Order reconsidering its previous judgment issued October 5, 2023, (*See* Case 1:23-cv-06881-JGK Dkt. 34), for the reasons set forth in the attached memorandum.

Signed this 23rd day of October 2023

Respectfully submitted,

_____
Jason Goodman, Defendant, Pro Se
252 7th Avenue Apt 6s
New York, NY 10001
(347) 380-6998
truth@crowdsourcethetruth.org

NOTICE OF MOTION FOR RECONSIDERATION OR TO ALTER OR AMEND JUDGEMENT - 1