UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

D. G. SWEIGERT,

                Plaintiff,

  - against -

JASON GOODMAN, ET AL.,

                Defendants.

23-cv-5875 (JGK)(VF)
23-cv-6881 (JGK)(VF)

ORDER OF REFERENCE
TO A MAGISTRATE JUDGE

JOHN G. KOELTL, District Judge:

    The above entitled action is referred to the designated Magistrate Judge for the following purpose(s):

**X**   General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement)

___ Motion/Dispute:*

If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral is:

___ Settlement*

___ Inquest After Default/Damages Hearing

___ Consent under 28 U.S.C. §636(c) for all purposes (including trial)

___ Consent under 28 U.S.C. §636(c) for limited purpose (e.g., dispositive motion, preliminary injunction)

Purpose: _____

___ Habeas Corpus

___ Social Security

___ Dispositive Motion (i.e., motion requiring a Report and Recommendation)

Particular Motion: _____

All such motions: ___

SO ORDERED.

New York, New York
October 25, 2023

/s/ John G. Koeltl
John G. Koeltl
United States District Judge

* Do not check if already referred for general pretrial.