UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| D. G. Sweigert,<br><br>　　　　　　　　Plaintiff<br><br>Versus<br><br>Jason Goodman,<br><br>Multimedia Systems Design, Inc.<br><br>　　　　　　　　Defendants | PRO SE<br><br>23-cv-06881-JGK<br><br>John G. Koeltl, presiding<br><br><br>RELATED:<br>23-cv-05875-JGK |

**CERTIFICATE OF SERVICE MADE 10/12/2023 UPON
JASON GOODMAN, SOLE STOCKHOLDER
MULTIMEDIA SYSTEM DESIGN, INC. (MSDI)**

TO THE CLERK, NOW COMES the *pro se* Plaintiff to swear under the penalties of perjury to attach a correct and truthful copy of service documents sent to Jason Goodman (as explained in the attached). Service made October 12, 2023.

Signed this Saturday, October 28, 2023 (10/28/2023).

*D. G. SWEIGERT, C/O
AMERICA'S RV MAILBOX, PMB 13339
514 Americas Way, Box Elder, SD 57719*

**CERTIFICATE OF SERVICE**

Copy of this pleading provided to Jason Goodman at e-mail address

truth@crowdsourcethetruth.org on this date, 10/28/2023. Sworn under penalties of perjury.

---------- Original Message ----------
From: Spoliation Notice <spoliation-notice@mailbox.org>
To: "truth@crowdsourcethetruth.org" <truth@crowdsourcethetruth.org>, "jason@21stcentury3d.com" <jason@21stcentury3d.com>, Spoliation Notice <spoliation-notice@mailbox.org>, "spoliation@posteo.net" <spoliation@posteo.net>
Date: 10/12/2023 4:57 PM PDT
Subject: RE: David Sweigert

REF: David Sweigert

Attached are copies for your attention, to include a federal ORDER.

Respectfully,

D. G. Sweigert

As explained in the attached:

    ORDER: Accordingly, the plaintiff may serve the Summons, Complaint, and all other pleadings and papers in this action upon defendant Goodman d/b/a 21st Century 3D d/b/a CrowdSource The Truth by sending the Summons and Amended Complaint, and a copy of this Order, by electronic mail to the email address for the defendant listed in the plaintiff's October 10, 2023 submission. As to the status of service on the other defendants -- Corean Elizabeth Stoughton, Alphabet, Inc., and X Corp. -- the plaintiff is directed to update this Court on the status of service on the defendants by October 26, 2023. The plaintiff is advised that if assistance is needed, the plaintiff may contact NYLAG. The Clerk is directed to mail a copy of this Order to the pro se plaintiff and note service on the docket. (Signed by Judge John G. Koeltl on 10/12/2023) Filed In Associated Cases: 1:23-cv-05875-JGK, 1:23-cv-06881-JGK (ate) (Entered: 10/12/2023)



```
---------- Original Message ----------
From: Spoliation Notice <spoliation-notice@mailbox.org>
To: "truth@crowdsourcethetruth.org" <truth@crowdsourcethetruth.org>,
"jason@21stcentury3d.com" <jason@21stcentury3d.com>, Spoliation Notice
<spoliation-notice@mailbox.org>, "spoliation@posteo.net"
<spoliation@posteo.net>
Date: 10/12/2023 4:57 PM PDT
Subject: RE: David Sweigert
```

REF: David Sweigert