```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

D. G. SWEIGERT,

                Plaintiff,

    - against -

JASON GOODMAN, ET AL.,

                Defendants.

23-cv-5875 (JGK)
23-cv-6881 (JGK)

ORDER

**JOHN G. KOELTL, District Judge:**

    X Corp. and Alphabet, Inc. are dismissed without prejudice.

    The conference scheduled for November 20, 2023, is canceled. The Clerk is directed to close ECF No. 53.

    To the extent the defendant Jason Goodman's motion to strike and request for an in person hearing, ECF No. 71, is a motion to dismiss, it is unsupported and improper. If the defendant wishes to move to dismiss the case, the defendant should file a separate motion to dismiss.

    The motion to strike and request for an in person hearing, ECF No. 71, and emergency request for an in camera hearing, ECF No. 72, are denied as moot. The Clerk is directed to close ECF Nos. 71 and 72.

**SO ORDERED.**

Dated:   New York, New York
        November 16, 2023

                                      John G. Koeltl
                              United States District Judge