D. G. SWEIGERT, C/O, MAILBOX, PMB 13339
514 Americas Way, Box Elder, SD 57719
Spoliation-notice@mailbox.org

November 18, 2023

*Sweigert v. Goodman,* **23-cv-05875-JGK**
**Associated action: 23-cv-06881-JGK**

U.S. Magistrate Judge Honorable Valerie Figueredo
U.S. District Court
for the Southern District of New York
500 Pearl Street
New York, N.Y. 10007
Via ECF filing

SUBJ:   REQUEST for non-public call-in conference telephone number per ECF no. 68, or in the alternative, a postponement

Dear Judge Figueredo,

1.   You have scheduled a pre-motion conference at 11:00 am, Tuesday on November 28th, 2023 as outlined in ECF no. 68.

2.   The Plaintiff herein requests either a (1) postponement or (2) a non-public telephone access number to support this hearing.

3.   Recent disturbing events indicate that a public telephone hearing will compromise the rights of the Plaintiff to a fair trial by impacting the Plaintiff's safety. Given Defendant Jason Goodman's propensity for outlandish public social media stunts involving telephone communications, it is assumed that Mr. Goodman, or his overseas proxies, will misuse the audio portion of the telephonic conference to upset the fair administration of justice.

4.   On November 15, 2023 Mr. Goodman posted an X CORP / Twitter tweet (with accompanying video) that showcases the work place and web-site employee directory for "David Sweigert" at the U.S. National Institute of Health (N.I.H.). Simultaneously, Mr. Goodman published a video podcast on the Google YouTube platform in which Mr. Goodman's accuses the Plaintiff of operating a group of clandestine operatives that made an attempt on his life in Nevada. He has also accused the Plaintiff and District Judge Valerie E. Caproni of treason (see attached) deserving the accompanying death penalty.

5.   The X CORP. / Twitter posted video contains Mr. Goodman's voice leaving a voice mail questioning the holder of the N.I.H. voice mail (David Sweigert) about his involvement in N.I.H. research projects apparently related to "misinformation" studies. The voice mail voice identified the box holder as "Sweigert, David, NIH" in a computerized audio voice.

1



https://twitter.com/JG_CSTT/status/1724875819795841446/video/1

6. In a video podcast published October 24, 2023, Mr. Goodman displays the Plaintiff's photo (likeness), and the name and the work phone number of "David Sweigert", see below.



Ghost Town NYC – Is Stupid Faucio World About to be Decimated?

October 24, 2023

https://www.youtube.com/watch?v=_IvNnEcSe_g&t=530s

Time mark: 8:44
NIH.gov Mr David Sweigert this is him this is a public web



https://www.youtube.com/watch?v=_IvNnEcSe_g&t=530s

7. Mr. Goodman states in his podcast video of November 15, 2023 that "the sooner the [Plaintiff] leaves the planet the better". See below.



https://www.youtube.com/watch?v=BTwCCQLOazg

8. Another video podcast repeats statements that the Plaintiff is a criminal (see below).



**Ghost Town NYC – Holster Sniffing Lunatic Stupid Mario Luigi is Losing His Mind Over Goodman v NYPD**

https://www.youtube.com/watch?v=ZZVs1cVX-F8

November 17, 2023

9. Mr. Goodman's rhetoric indicates that he is inciting a "cyber mob" to attack the Plaintiff. This is similar to the conduct that Mr. Goodman displayed in prior litigation against a young mother known as Nina Jankowicz and her colleague Ben Wittes (see attached exhibit) that resulted in a pre-filing order (attached).

10. The totality of these recent events has placed the Plaintiff in great apprehension concerning a Court public telephonic conference in which Mr. Goodman, or one of his many overseas social media proxies, can rebroadcast the proceedings of the Court. Therefore, a non-public dial-in number for the hearing is hereby requested.

Respectfully,    Signed 11/18/2023

*D. Swgt* (signature)

**D.G. SWEIGERT, PRO SE PLAINTIFF**

# EXHIBITS



https://twitter.com/JG_CSTT/status/1725210827202941408

https://twitter.com/JG_CSTT/status/1725210827202941408

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
JASON GOODMAN,

                         Plaintiff,

        -against-                                        21 CIVIL 10878 (AT)(JLC)

                                                            **JUDGMENT**

CHRISTOPHER ELLIS BOUZY, BOT
SENTINEL, INC, GEORGE WEBB
SWEIGERT, DAVID GEORGE SWEIGERT,
BENJAMIN WITTES, NINA JANKOWICZ,
ADAM SHARP, MARGARET ESQUENET,
THE ACADEMY OF TELEVISION ARTS
AND SCIENCES, SETH BERLIN, MAXWELL
MISHKIN,
                        Defendants.
-----------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated June 28, 2023, the Court has OVERRULED the parties' objections and ADOPTED the conclusions in the Second R&R. Accordingly: 1. Goodman's motion for default judgment against Bouzy and Bot Sentinel is DENIED. 2. Goodman's motion for sanctions against Bouzy, Bot Sentinel, and Berlin is DENIED. Defendants' request for attorney's fees is DENIED. 3. Goodman's motion for a preliminary injunction is DENIED. 4. Bouzy, Bot Sentinel, Berlin, and Mishkin's motion to dismiss is GRANTED. 5. Sweigert's motion to dismiss is GRANTED. 6. Jankowicz and Wittes's motion to dismiss is GRANTED. 7. For the same reasons that the Court grants the other Defendants' motions to dismiss, Esquenet, Sharp, and ATAS's motion to dismiss is GRANTED. 8. Goodman's motion for leave to amend his complaint is DENIED. 9. Jankowicz and Wittes's motion for sanctions is GRANTED. Goodman is enjoined from filing additional documents on the docket relating to Wittes or Jankowicz in this District; filing any federal district court action against Wittes or Jankowicz

relating to the subject matter in this case; and filing any new pro se action against Wittes or Jankowicz in any federal district court without first obtaining leave of that court. Defendants' request for attorney's fees is DENIED. The complaint is DISMISSED with prejudice as to all Defendants; accordingly, the case is closed.

Dated: New York, New York
      June 29, 2023

RUBY J. KRAJICK

_____
Clerk of Court

BY: *K. Mango*

_____
Deputy Clerk

## CERTIFICATE OF SERVICE

Hereby certified that a PDF copy of this letter (REQUEST for *non-public* hearing or postponement per FCF 68) has been sent via electronic mail to:

Jason Goodman, truth@crowdsourcethetruth.org

Certified under penalties of perjury.

Respectfully,    Signed this November 18th, 2023 (11/18/2023)

**D.G. SWEIGERT, PRO SE PLAINTIFF**