IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------------X

                D. G. SWEIGERT

                    Plaintiff,

-against-

            JASON GOODMAN
                  Defendant.

-----------------------------------------------------------------------X

1:23-cv-05875-JGK
1:23-cv-06881-JGK
1:23-cv-01228-JRS-MG

**NOTICE OF MOTION FOR RECONSIDERATION**

PLEASE TAKE NOTICE that, with this filing and its associated briefs, memoranda and exhibits, defendant, Jason Goodman, ("Goodman") by and for himself pro se, hereby moves to consolidate the above-captioned actions pursuant to FRCP Rule 59(e) for the reasons stated in the accompanying memorandum in support of this motion.

Dated: New York, New York November 21, 2023

Respectfully submitted,

Jason Goodman
Pro Se Defendant
truth@crowdsourcethetruth.org
252 7th Avenue Apt 6s
New York, NY 10001
347-380-6998