D. G. SWEIGERT, C/O, MAILBOX, PMB 13339  
514 Americas Way, Box Elder, SD 57719  
Spoliation-notice@mailbox.org

November 22, 2023

*Sweigert v. Goodman,* **23-cv-05875-JGK**  
**Associated action: 23-cv-06881-JGK**

U.S. District Judge Honorable John G. Koeltl  
U.S. District Court  
for the Southern District of New York  
500 Pearl Street, New York, N.Y. 10007  
Via ECF filing

SUBJ:   Plaintiff's request for leave to supplement his motion ECF 70.

Dear Judge Koeltl,

1.      In the interest of judicial efficiency, the Plaintiff seeks leave of the Court for recognition of the below Twitter tweet.  This simple tweet, sent by Defendant Goodman, clears up the controversy about the ownership and operation of "CROWDSOURCE THE TRUTH" (CSTT). This may aid the Court in its consideration of ECF nos. 45, 70 and 75.



https://twitter.com/csthetruth/status/939909401510543362

Respectfully,    Signed 11/22/2023

**D.G. SWEIGERT, PRO SE PLAINTIFF**

1

## CERTIFICATE OF SERVICE

Hereby certified that a PDF copy of this letter has been sent via electronic mail to:

Jason Goodman, truth@crowdsourcethetruth.org

Certified under penalties of perjury.

Respectfully,      Signed this November 22nd, 2023 (11/22/2023)

*D. Swt*

**D.G. SWEIGERT, PRO SE PLAINTIFF**