UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---

D. G. SWEIGERT,                           23-cv-5875 (JGK)
                                          23-cv-6881 (JGK)
             Plaintiff,
                                          ORDER
   - against -

JASON GOODMAN, ET AL.,

             Defendants.
---

**JOHN G. KOELTL, District Judge:**

    The Court lacks the authority to consolidate the action pending in the United States District Court for the Southern District of Indiana with the actions before this Court.

    A motion pursuant to 28 U.S.C. § 1407(c)(ii) should be made to the United States Judicial Panel on Multidistrict Litigation. See 28 U.S.C. § 1407(c)(ii).

    If, for the convenience of parties and witnesses and in the interest of justice, the defendant seeks to transfer the action pending in the Southern District of Indiana to this District, the defendant should make a motion in the Southern District of Indiana, where that action is pending. See 28 U.S.C. § 1404(a).

    If the defendant seeks transfer of the litigation pending in the Southern District of Indiana to this District based upon improper venue, such a motion must also be made in the Southern District of Indiana. See 28 U.S.C. § 1406(a).

Accordingly, the defendant's motion to consolidate related litigation is **denied.** The Clerk is directed to close ECF No. 77.

**SO ORDERED.**

Dated:   New York, New York
         December 5, 2023

_____
John G. Koeltl
**United States District Judge**