The Honorable John Koeltl
U.S. District Court for the Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, NY 10007
koeltlnysdchambers@nysd.uscourts.gov
Via e-mail and pro se electronic filing

Re: Case No.:  Case No.: 1:23-cv-05875-JGK
                Case No.: 1:23-cv-06881-JGK
                Sweigert v Goodman et al

December 13, 2023

Dear Judge Koeltl,

      Pursuant to your individual rules of practice, I write to respectfully request an extension of time to respond to the Amended Complaint.  This is the second request for an extension of time to respond to the Amended Complaint.  The Court previously granted one extension on October 23, 2023, making the new time to respond December 15, 2023 (Dkt. 37).  Since that time, the plaintiff in this case has continued to conduct himself in an outrageous manner, deliberately causing unnecessary delay by increasingly filing in this and other cases.  The Court is already aware that Mr. Sweigert has publicly declared his intention to sue me for the rest of his life and that this case is part of his fulfillment of that commitment.

      On November 19, 2023, Sweigert filed an unnecessary letter motion in Goodman v Bouzy, (*See* Case 1:21-cv-10878-AT-JLC Document 267).  Then on December 5, 2023, in the same case, Sweigert filed an unnecessary request for judicial notice (*See* Case 1:21-cv-10878-AT-JLC Document 270).  Then on December 12, 2023, Sweigert filed papers docketed as objection to the report and recommendation, but which read like a relitigation of absurd new claims against Goodman.

Aside from that case, on November 4, 2023, Sweigert filed a vexatious pleading in Goodman v the City of New York that was subsequently stricken from the record, (*See* Case 1:23-cv-09648-JGLC-GWG Document 2). Then, on November 17, 2023, in the same case, Sweigert filed a frivolous letter motion seeking to intervene in the case. This motion was denied, (*See* Case 1:23-cv-09648-JGLC-GWG Document 8).

Additionally, Sweigert made numerous frivolous filings in Sweigert v Goodman in the Southern District of Indiana, (*See* Case 1:23-cv-01228-JRS-MG). In addition to wasting judicial resources throughout multiple district courts, these filing take a significant amount of my time just in terms of reading them and determining which must be responded to. This time would have otherwise been used to meet the looing deadline to respond in this case.

This onslaught of vexatious filings already disrupts my daily business activities, but Sweigert persists in extrajudicial harassment and cyber stalking in numerous other ways. Perhaps most notably he is in a regular practice of interjecting false, heinous and per se libelous accusations into the public live chat comments of my daily broadcasts. **(EXHIBIT A)**

Plaintiff could not be reached by telephone to alert him that this request for an extension of time would be made. Plaintiff has been uncooperative with regard to communication for the past six and a half years. While engaging in daily cyber stalking and harassment, he has declined multiple requests for settlement communications, telephone conferences and previous requests for responses regarding consent for extension of time to respond. Plaintiff has provided no reason for refusing to cooperate but consistently has held this posture. On November 22, 2023, I discontinued email communication with Sweigert after he sent an email message with embedded malicious software that tracked my activity on my computer without my authorization. Mr.

Sweigert is a professional hacker who wrote the book, *Ethical Hacker's Field Operations Guide: Learning the Art of Penetration Testing*,

(https://www.amazon.com/Ethical-Hackers-Field-Operations-Guide/dp/1517763096/ref=sr_1_4?crid=2G7KR63CS38SC&keywords=ethical+hackers+field+sweigert&qid=1700670601&sprefix=ethical+hackers+field+sweigert%2Caps%2C67&sr=8-4). Due to his ongoing cyber stalking, hacking and attempts at unauthorized access of my computer, I will not communicate with him by email. (*See* Case 1:23-cv-01228-JRS-MG Document 20)

These deliberate efforts to waste time with excessive frivolous filings and harassment maliciously calculated to distract have introduced unnecessary delay and give rise to this request for an extension of time to respond. I respectfully request an amount of time equal to the time required for the U.S. District Court for the Southern District of Indiana to make a determination with regard to an investigation into fraud upon the court. Alternately, I request an extension of sixty days, or any other appropriate amount of time as determined by the Court.

Respectfully submitted,

Jason Goodman

SO ORDERED

VALERIE FIGUEREDO
United States Magistrate Judge
Dated: December 15, 2023

Defendant Goodman's deadline to file a response to the Amended Complaint is extended until **January 16, 2024**.