UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| D. G. Sweigert<br>Plaintiff,<br><br>        -against-<br><br>Jason Goodman,<br>Defendant | PRO SE<br><br>1:23-cv-06881-JGK-VF<br><br>Assigned to: Judge John G. Koeltl<br><br>Referred to: Magistrate Judge Valerie Figueredo<br><br>Related Case: 23-cv-05875-JGK-VF |

## MOTION FOR A DEFAULT NOTATION AGAINST JASON GOODMAN

The *pro se* Plaintiff seeks relief from this Court as a consequence of the Defendant's failure to answer the Amended Complaint ECF 12, filed 1/23/2023 in 23-cv-06881-JGK-VF.

January 4, 2024 (1/04/2024)

*[signature: D. Swt]*

D. G. SWEIGERT PRO SE PLAINTIFF, C/O
PMB 13339, 514 Americas Way,
Box Elder, SD 57719

SO ORDERED

*[signature]*
VALERIE FIGUEREDO
United States Magistrate Judge
Dated: 1/10/24

Plaintiff's motion is **DENIED**, because Defendant has until January 16, 2024, to file a response to the Amended Complaint. See ECF No. 79. There has been no default by Defendant. The Clerk of Court is respectfully directed to terminate the motion at ECF No. 83.

## CERTIFICATE OF SERVICE

**It is hereby certified under the penalties of perjury that a true copy of this pleading has been sent to:**

Jason Goodman, sole stockholder of MULTIMEDIA SYSTEM DESIGN, INC., served via U.S. Postal Mail addressed to Jason Goodman, 252 7th Avenue, New York, New York 10001

Certified under penalties of perjury.

January 4, 2024 (1/04/2024)

*D. Swt*

                                                **D. G. SWEIGERT PRO SE PLAINTIFF, C/O**
                                                            PMB 13339, 514 Americas Way,
                                                                     Box Elder, SD 57719