The Honorable Valerie Figueredo
U.S. District Court for the Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, NY 10007
Via Pro Se Electronic Filing

Re: Case No.:  Case No.: 1:23-cv-05875-JGK
               Case No.: 1:23-cv-06881-JGK
               Sweigert v Goodman et al

January 12, 2024

Dear Judge Figueredo,

  Pursuant to your individual rules of practice, I write to respectfully and regrettably request another extension of time to respond to Plaintiff Sweigert's Amended Complaint.  This is the third request for an extension of time to respond and while I recognize that is extraordinary, this is an extraordinary case.  The plaintiff simply refuses to cooperate by abiding by the Federal Rules of Civil Procedure and refraining from unnecessary filings intended to harass and delay.

  The first extension was granted on October 23, 2023, making the new time to respond December 15, 2023 (Dkt. 37).  Despite being aware of the reasons for the extension, and even during the holiday season, Mr. Sweigert continued his pathologically vexatious behavior.

  Your Honor granted the second request on December 15.  Since that time, and in bold defiance of your likely intention, Mr. Sweigert has continued to make filings that are not only unnecessary but are replete with false and scurrilous conclusions and deliberately disruptive, (Case 1:23-cv-05875-JGK-VF Document 95 and 99).  It can no longer be disputed that his intention is deliberate and unnecessary delay with the hope of affecting the outcome of the case.

  As previously stated, Mr. Sweigert has publicly declared his intention to sue me for the rest of his life.  We are now in the seventh year of that project.  His relentless abuse of the courts has now consumed more than twelve percent of my entire life.  Wasting my time and money

appear to be his only goal. His past behavior in our previous cases has caused me to believe he has no concern for the outcome of this or any other case he has brought against me, but merely uses sham litigation as a crucible for his unrelenting attack on every aspect of my life.

It is reasonable to conclude that Mr. Sweigert intends to confuse and overwhelm me with unnecessary filings with no merit, solely calculated to harass and cause delay. Mr. Sweigert has demonstrated in this very case that he is more eager to compel an error that would provoke default than he is to proceed to trial on the merits of his baseless claims.

Furthermore, the consolidation of cases has already introduced substantial confusion for me. Reconciling referenced ECF numbers in this case is taking substantially longer than in any of the other vexatious cases Mr. Sweigert has subjected me to over the past seven years.

For the reasons stated, I respectfully request an extension of time not less than thirty (30) days, or any other amount of time Your Honor determines to be appropriate. I additionally request Mr. Sweigert be instructed to curtail his vexatious and unnecessary filings in this and every other case that I am involved and that he be compelled to adhere to the rules and the law.

Respectfully submitted,

Jason Goodman

SO ORDERED

_____
VALERIE FIGUEREDO
United States Magistrate Judge
Dated: January 17, 2024

Defendant's request for an extension of time to file his response to the Amended Complaint is **GRANTED**. Defendant is directed to file his response by **Friday, February 16, 2024**. Absent extraordinary circumstances, no further extensions of time to respond to the Amended Complaint will be granted.