UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **D. G. Sweigert,**<br>**Plaintiff**<br><br>         -against-<br><br>**Jason Goodman,**<br>**dba**<br>**21st Century 3D**<br>**dba**<br>**CrowdSource The Truth** | **PRO SE**<br><br>**1:23-cv-06881-JGK-VF**<br><br>Assigned to: Judge John G. Koeltl<br><br>Referred to: Magistrate Judge Valerie Figueredo<br><br>Related Case:  23-cv-05875-JGK-VF |

**CORRECTED**
**PLAINTIFF'S SECOND REQUEST FOR JUDICIAL NOTICE**
**PURSUANT TO F.R.E. 201 (b)**

In light of Defendant Goodman's docketing of his motion to intervene in *Kennedy v. Biden*, the pro se Plaintiff (undersigned) attaches truthful and accurate copies of relevant judicial orders for this Court's consideration. These attachments represent undisputed facts. The Plaintiff requests that this Court take notice of the orders themselves pursuant to Federal Rules of Evidence (F.R.E.) Rule 201 (b)(1) – (2). These adjudicative findings involve the immediate parties.

Signed January 19, 2024 (1/19/2024)            **D. G. SWEIGERT PRO SE**
                                                **PLAINTIFF, C/O**
                                                **PMB 13339, 514 Americas Way,**
                                                **Box Elder, SD 57719**

1

## CERTIFICATE OF SERVICE

On this date the undersigned's REQUEST FOR JUDICIAL NOTICE has been placed with the U.S. Postal Service and sent to: Youtuber Jason Goodma, 252 7th Avenue, New York, N.Y. 10001

Signed January 19, 2024 (1/19/2024)

**D. G. SWEIGERT PRO SE PLAINTIFF, C/O
PMB 13339, 514 Americas Way,
Box Elder, SD 57719**

## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
## MONROE DIVISION

**ROBERT F KENNEDY JR ET AL**               CASE NO.  3:23-CV-00381

**VERSUS**                                  JUDGE TERRY A. DOUGHTY

**JOSEPH R BIDEN JR ET AL**                 MAG. JUDGE KAYLA D. MCCLUSKY

### ORDER

The Court is in receipt of a letter/Motion [Doc. No. 36] filed *pro se* by non-party Jason Goodman ("Goodman"). The Court construes the Motion to be a Motion for Reconsideration. Goodman is moving the Court to reconsider its Memorandum Order [Doc. No. 33] denying his Motion to Intervene [Doc. No. 31]. Goodman asserts a number of reasons that the Court should reconsider its Order, but, overall, he asserts that "Critical information was omitted from Goodman's filing as a result of inexcusable error that occurred when documents were scanned and entered on the ECF docket." [Doc. No. 36, p. 1]. The Court has previously considered the information Goodman asserts in the instant motion, and it found that Goodman did not meet the requirements for intervention.

While there is no motion for reconsideration *per se,* there is a motion to alter or amend judgment under Federal Rule of Civil Procedure 59(e).  The Fifth Circuit has explained that a Rule 59(e) motion "calls into question the correctness of a judgment," but "is not the proper vehicle for rehashing evidence, legal theories, or arguments that could have been offered," or were offered, "before the entry of judgment." *Templet v. HydroChem, Inc*., 367 F.3d 473, 478-79 (5th Cir. 2004) (citations and internal quotation marks omitted). The Court sees no reason to alter or amend its previous Order. Accordingly,

**IT IS ORDERED** that Goodman's Motion for Reconsideration [Doc No. 36] is **DENIED**.

MONROE, LOUISIANA, this 19th day of January 2024.

_____<br>
Terry A. Doughty<br>
United States District Judge

Received 1/18/24

**FedEx Shipping Label**

ORIGIN ID:TSSA (212) 244-8585
JASON GOODMAN (NYC)
21ST CENTURY 3D
252 7TH AVENUE

NEW YORK, NY 10001
UNITED STATES US

SHIP DATE: 15JAN24
ACTWGT: 1.00 LB
CAD: 3250694/INET4660

BILL SENDER

TO: **CLERK OF THE COURT**
US POST OFFICE AND COURTHOUSE
201 JACKSON STREET
SUITE 215
MONROE LA 71201
(318) 322-6740

SCANNED

TUE - 16 JAN 5:00P
STANDARD OVERNIGHT

TRK# 7748 1875 0649
0201

XA MLUA
LA-US

71201
SHV

1/15/24, 4:11 PM