IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------------X

D. G. SWEIGERT

                         Plaintiff,

-against-

JASON GOODMAN
             Defendant.

------------------------------------------------------------------------X

Case 1:23-cv-05875-JGK
Case 1:23-cv-06881-JGK

**NOTICE OF MOTION
TO CHANGE VENUE**

PLEASE TAKE NOTICE, upon the accompanying Memorandum of Law, and upon all

prior proceedings, pleadings, and filings herein, Defendant JASON GOODMAN ("Goodman")

hereby moves this Court at the Courthouse located at the Daniel Patrick Moynihan United States

Courthouse for the Southern District of New York, 500 Pearl Street, New York, New York before

the Honorable Valerie Figueredo, United States Magistrate Judge, for an order pursuant to 28

U.S. Code § 1404(a) and (c) granting a change of venue to the Southern District of Indiana for

the reasons set forth in the accompanying memorandum.

Dated: New York, New York February 13, 2024

Respectfully submitted,

Jason Goodman
Pro Se Defendant
truth@crowdsourcethetruth.org
252 7th Avenue Apt 6s
New York, NY 10001
347-380-6998

NOTICE OF MOTION TO CHANGE VENUE                                                                 1