## UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

| D. G. Sweigert, | PRO SE |
|---|---|
| -against- | 23-cv-05875-JGK-VF |
| Jason Goodman, | Judge John G. Koeltl |
| | Related Case: 23-cv-06881-JGK-VF |

**EXHIBITS TO SUPPORT**
**PLAINTIFF'S MOTION FOR TEMPORARY AND PERMANENT INJUNCTION**
**AGAINST THE DEFENDANT PURSUANT TO THE LANHAM ACT**

NOW COMES THE PRO SE PLAINTIFF to seek a temporary injunction to restrain Defendant Jason Goodman's continual social media broadcasts that the Plaintiff is a criminal, has violated criminal statues, has filed forged documents in sister courts, etc. **EXHIBITS ATTACHED.**

Signed April 14, 2024 (4/14/2024)

**D. G. SWEIGERT PRO SE PLAINTIFF, C/O**
**PMB 13339, 514 Americas Way,**
**Box Elder, SD 57719**

### CERTIFICATE OF SERVICE

Copy of this pleading has been placed in the U.S. MAIL addressed to Jason Goodman, 252 7th Avenue, New York, N.Y. 10001 on April 14, 2024 (4/14/2024).  Signed April 14, 2024 (4/14/2024)

**D. G. SWEIGERT PRO SE PLAINTIFF, C/O PMB 13339,**
**514 Americas Way, Box Elder, SD 57719**

# EXHIBITS

# EXHIBIT A



**Crowdsource The Truth**

@JG_CSTT

Malicious liar and putative criminal @Adams was served yesterday in Goodman v the City of New York. New evidence presented since that filing suggests that Sharp's suspected associate **David George Sweigert** instructed individuals to attack me outside @X headquarters in #NYC on Nov 1, 2022. This would have been motivated by their desire to prevent me from sharing the #TwitterCoup report with @ElonMusk.
https://crowdsourcethetruth.substack.com/p/the-twitter-coup…

The #TwitterFiles had not yet been discovered on November 1, 2022 and the stakes were high for those who illegally inserted the #FBI into social media in violation of the 1st and 4th Amendments and other laws. **Adam Sharp** is a malicious and evil individual who I allege worked with corrupt **Jurist Valerie Caproni, Sweigert** and others to deny me a fair trail, destroy the financial success of my business and attempt to rob me of all my resources including my home. These evil, corrupt individuals, including but not limited to Sharp will be sued until justice is served or I am able to proceed. It is my hope that the process will reveal evidence of criminality sufficient to put Sharp and his co-conspirators on trial for treason and eventually found guilty and served the harshest available sentece. Sharp still has an opportunity to reverse course and fix what he has done but time is running out. His failure to do that will result in total legal destruction and ultimate incarceration. I promise, I will not rest until that is achieved. For those just joining, does anyone else find it remarkably coincidental that Sharp's father reported from inside the Dallas police station on November 22, 1963? #Traitors #ImpeachValerieCaproni #prison
https://youtu.be/AclFGjNlV08?si=mO19WOaAtoSEXCdz&t=24…

9:54 AM · Nov 16, 2023

**178**
Views

# EXHIBIT B



https://www.youtube.com/watch?v=rJEsTYvh1Gk



[Emphasis added]









**Webb of Deception Episode 17 – Adam Sharp, Twitter and the EMMYs**

Crowdsource the Truth 10
5.21K subscribers
Subscribed      39      Share      Clip



**Webb of Deception Episode 17 – Adam Sharp, Twitter and the EMMYs**



Webb of Deception Episode 17 – Adam Sharp, Twitter and the EMMYs



Webb of Deception Episode 17 – Adam Sharp, Twitter and the EMMYs

# EXHIBIT C







https://www.youtube.com/watch?v=_IvNnEcSe_g&t=524s



https://twitter.com/JG_CSTT/status/1724843605527777775