UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| D. G. Sweigert, | PRO SE |
|---|---|
| -against- | 23-cv-05875-JGK-VF |
| Jason Goodman, | Judge John G. Koeltl |
| | Related Case: 23-cv-06881-JGK-VF |

**SWORN DECLARATION TO SUPPORT**
**PLAINTIFF'S MOTION FOR TEMPORARY AND PERMANENT INJUNCTION**
**AGAINST THE DEFENDANT PURSUANT TO LANHAM ACT**

NOW COMES THE PRO SE PLAINTIFF to seek a temporary injunction to restrain Defendant Jason Goodman's continual social media broadcasts that the Plaintiff is a criminal, has violated criminal statues, has filed forged documents in sister courts, etc. **DECLARATION.**

Signed April 14, 2024 (4/14/2024)

*/s/ D. Sgt/*

                                      **D. G. SWEIGERT PRO SE PLAINTIFF, C/O**
                                                    **PMB 13339, 514 Americas Way,**
                                                              **Box Elder, SD 57719**

**CERTIFICATE OF SERVICE**

Copy of this pleading has been placed in the U.S. MAIL addressed to Jason Goodman, 252 7th Avenue, New York, N.Y. 10001 on April 14, 2024 (4/14/2024). Signed April 14, 2024 (4/14/2024)

*/s/ D. Sgt/*

    **D. G. SWEIGERT PRO SE PLAINTIFF, C/O PMB 13339, 514 Americas Way, Box Elder, SD 57719**

## DECLARATION OF THE PLAINTIFF

**NOW COMES THE PRO SE PLAINTIFF** to provide this sworn statement to accompany the undersigned's motion papers docketed as part of a motion for injunctive relief.

1.  In 1992 the undersigned docketed a qui tam False Claims Act (31 U.S.C. Sec. 3730) lawsuit in Dayton, Ohio, which was incorrectly placed on the public docket by the Clerk. Nevertheless, in 1992 the undersigned personally met with of Natalia M. Combs Greene, Senior Counsel, Trial Attorney for the U. S. Department of Justice, Fraud Section, Criminal Division, at the Kennedy Space Center, Florida.  The purpose of this meeting was to discuss the *qui tam* lawsuit against Lemual Kinney pending in the Southern District of Ohio.  This action was known as *United States ex. rel. Sweigert v. Electronic Systems Associates.*

2.  The undersigned is not, and never has been, a N.I.H. (National Institute of Health) employee, contractor or agent.  The undersigned has never received pecuniary benefits from N.I.H. of any kind.

3.  The undersigned is not involved in any collaboration or communications with George Webb Sweigert.  The undersigned has not spoken with George Webb Sweigert for years.

4.  The undersigned has never spoken or communicated with Adam Sharp, President and C.E.O. of the Television EMMY Awards.

Sworn under penalties of perjury to be truthful.  Signed April 14, 2024 (4/14/2024)

*D. Swt*

**D. G. SWEIGERT PRO SE PLAINTIFF, C/O**
**PMB 13339, 514 Americas Way,**
**Box Elder, SD 57719**