UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| D. G. Sweigert, | PRO SE |
|---|---|
| -against- | 23-cv-05875-JGK-VF |
| Jason Goodman, | Judge John G. Koeltl |
| | Related Case: 23-cv-06881-JGK-VF |

PLAINTIFF'S NOTICE OF SUPPLEMENTAL EXHIBIT

The *pro se* Plaintiff now files this supplemental exhibit to augment ECF. No. 132, 133 and 134.

Signed May 15, 2024 (5/15/2024)

*D. Swt*

D. G. SWEIGERT PRO SE PLAINTIFF, C/O
PMB 13339, 514 Americas Way,
Box Elder, SD 57719

CERTIFICATE OF SERVICE

Copy of this pleading has been placed in the U.S. MAIL addressed to Jason Goodman, 252 7th Avenue, New York, N.Y. 10001 on May 15, 2024 (5/15/2024). Signed May 15, 2024 (5/15/2024)

*D. Swt*

D. G. SWEIGERT PRO SE PLAINTIFF, C/O PMB 13339,
514 Americas Way, Box Elder, SD 57719

1

## PLAINTIFF'S NOTICE OF SUPPLEMENTAL EXHIBIT

The *pro se* Plaintiff provides this Honorable Court with supplemental exhibits that will bring a fast resolution to this legal action.

On this date, the Defendant (Jason Goodman) published a livestream video that was distributed on several social media channels, to include Twitter (X), YouTube.Com, Odysee.Com, Subscribestar.Com, etc. These channels represent the components of a simulcast distribution in which the video content described below is published simultaneously on all channels.

In sum, the Defendant again accuses the Plaintiff, his brother (George Webb), District Judge Valerie E. Caproni (S.D.N.Y.) and EMMY Awards President Adam Sharp of involvement in a criminal conspiracy against him.

The Defendant now includes convicted felon Felix Sater in the conspiracy.

The following artifacts are true and accurate representations of the actual screen shots taken from social media.

*D. Swt*

**D. G. SWEIGERT PRO SE PLAINTIFF**



https://www.youtube.com/watch?v=EycDn6YKH2k

Time-mark 54.37

"ADAM SHARP, DAVID SWEIGERT, VALERIE CAPRONI, GEORGE SWEIGERT, FELIX SATER, JONATHAN SNYDER, THEY ALL KNOW EACH OTHER."







Time-mark 56:48

"THERE WE GO, FELIX SATER ADMITS WHAT IS, WHAT JUDGE CAPRONI, THE DISHONORABLE FAT SLOB VALERIE CAPRONI OBVIOUSLY KNOWS ….(FELIX SATER).."







https://twitter.com/ttxwe/status/1790874690681962706



https://twitter.com/JG_CSTT/status/1790759329294877106



**Laura Loomer**

@LauraLoomer

Subscribe

MUST READ THREAD EXPOSING THE RELATIONSHIP BETWEEN
@MichaelCohen212
AND
@felixsater

WHO IS
@felixsater
? Felix Sater is the Russian born USSR emigree who came to the United States in 1974 at the age of 8 years old to escape religious persecution as a Jew in the former Soviet Union.  By age 25, Sater was Bear Stearns' cold caller at the height of the "boiler room" days.   After multiple convictions and jailtime for charges including felony assault and fraud,
@FelixSater
signed a confidential cooperation agreement with then Assistant U.S. Attorney in the EDNY
@Aweissmann 

See evidence below!    documentcloud.org/documents/5972…
( documentcloud.org/documents/5972…)   At an
@NYULaw
lecture on October 4, 2023, former
@FBI
**General Counsel, lead prosecutor in the #RobertMeuller #RussiaGate investigation and #ValerieCaproni apprentice  [emphasis added]**
@AWeissmann 

9

blatantly lied about his hidden relationship with FBI asset
@FelixSater
. Weissman mentioned Sater in his book "Where Law Ends" 11 times. RECEIPT!
 twitter.com/JG_CSTT/status … ( twitter.com/JG_CSTT/status …)
@MichaelCohen212
was very involved with
@FelixSater
and emails concerning #TrumpTower and Moscow. Read more here:

 loomered.com/2024/05/14/mic … SEE EVIDENCE BELOW!
 documentcloud.org/documents/5719 …
( documentcloud.org/documents/5719 …)   In a May 14, 2024 X response to allegations from
@jg_cstt
,
@felixsater
admitted that
@MichaelCohen212
took over Sater's Trump Tower office immediately after Sater vacated it . Receipt! During the Trump Trial in NYC this week, someone from Trump's legal team needs to ask Michael Cohen under oath if he has also signed a similar confidential, cooperation agreement with the FBI, DOJ, Robert Mueller or any other Federal agent or federal agency like
@felixsater
did. Both
@NormEisen
and
@AWeissmann 
have refused to discuss their relationship with
@felixsater
. As we all know,
@BrookingsInst
associates and
@NormEisen
are behind RUSSIA GATE! Cc:
@TeamTrump

10



https://twitter.com/LauraLoomer/status/1790758514454856062