UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

D. G. SWEIGERT,

           Plaintiff,

   - against -

JASON GOODMAN, ET AL.,

           Defendants.

23-cv-5875 (JGK)
23-cv-6881 (JGK)

ORDER

**JOHN G. KOELTL, District Judge:**

In view of the Court's Order granting the motion to consolidate cases Nos. 23-cv-5875 and 23-cv-6881, ECF No. 34, the motion to amend the caption in case No. 23-cv-6881 to Sweigert v. Goodman, No. 23-cv-6881, ECF No. 45, is **granted.** The Clerk is directed to close No. 23-cv-6881, ECF No. 45.

SO ORDERED.

Dated:   New York, New York
          June 6, 2024

                                      John G. Koeltl
                                 United States District Judge