```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

D. G. SWEIGERT,                                23-cv-5875 (JGK)
                                               23-cv-6881 (JGK)
                    Plaintiff,
                                               ORDER
        - against -

JASON GOODMAN, ET AL.,

                    Defendants.

JOHN G. KOELTL, District Judge:

   In view of the Court's Order denying the motion for reconsideration, No. 23-cv-6881, ECF No. 119, the Clerk is directed to close the motion for reconsideration, No. 23-cv-6881, ECF No. 67.

SO ORDERED.

Dated:    New York, New York
          June 6, 2024

                                       /s/ John G. Koeltl
                                       _____
                                       John G. Koeltl
                                       United States District Judge