THE UNITED STATES DISTRICT COURT FOR        Case 1:23-cv-05875-JGK
THE SOUTHERN DISTRICT OF NEW YORK           Case 1:23-cv-06881-JGK
----------------------------------------------------------X
                    D.G. SWEIGERT,

                          Plaintiff,        **MOTION TO DISMISS**
            -against-                       **AND REQUEST TO**
                                            **DECLARE PLAINTIFF A**
                    JASON GOODMAN           **VEXATIOUS LITIGANT**
                          Defendants.
----------------------------------------------------------X


Jason Goodman ("Defendant"), by and for himself pro se, respectfully

moves this Court for an order dismissing the Amended Complaint pursuant to Rule

12(b)(6) and Rule 11(b)(2) of the Federal Rules of Civil Procedure for failure to

state a claim upon which relief can be granted and for being interposed for

improper purposes, respectively.  Defendant further requests that the Court declare

Plaintiff a vexatious litigant and impose a filing injunction as further stated herein:

### PRELIMINARY STATEMENT

Plaintiff's Amended Complaint is facially violative of FRCP Rule 11(b)(2)

which mandates filings be well-grounded in fact, warranted by law, and not

interposed for improper purposes such as harassment or unnecessary delay. Over

the past seven years, David George Sweigert, ("Sweigert") has engaged in a pattern

of vexatious litigation, filing multiple duplicative lawsuits against Gooodman in

various jurisdictions, withdrawing them before trial, then refiling similar claims

solely to abuse the judicial process, waste judicial resources, and harass Goodman. (*See Sweigert v Goodman* Case 1:18-cv-08653-VEC-SDA Dkt. 381).

Sweigert's misuse of judicial procedures for ulterior purposes constitutes abuse of process. He repeatedly uses legal proceedings not to resolve genuine disputes but to achieve improper collateral objectives, and having no regard for the unnecessary harm and expense he causes not only to defendant Goodman but to this Honorable Court and the citizens of New York who seek justice in it.

## I.     INTRODUCTION

Goodman became generally aware of Sweigert after a June 14, 2017 incident at the Port of Charleston, SC involving a hoax bomb threat. The false report of a dirty bomb on the cargo vessel Maersk Memphis was widely reported in the news, https://www.nytimes.com/2017/06/15/us/port-dirty-bomb-south-carolina.html. Coincidentally, the dirty bomb rumor originated when plaintiff's brother George Webb Sweigert, ("Webb") called in to Goodman's YouTube livestream talk show and reported the claims. Goodman knew nothing about these claims prior to Webb informing him. Webb was arrested in Zanesville Ohio and questioned by the FBI in connection with the incident. Goodman has not been questioned by the FBI and has not been accused of any wrongdoing by anyone other than plaintiff Sweigert. To Goodman's knowledge the FBI investigation has closed. Despite this, on June

2, 2024, Sweigert made a filing in another frivolous case including an after action report from the June 14, 2017 Port of Charleston incident. **(EXHIBIT A)**

Plaintiff continuously endeavors to foment frivolous civil litigation over a matter the FBI has investigated and closed and in which the defendant had no substantial role. Plaintiff maliciously sues Goodman for the wrongful purpose of harassment. Even more odious than his abuse of this Honorable Court and the law, is Sweigert's harassment of Goodman's innocent octogenarian parents.

This pattern of outrageous behavior underscores the need for judicial intervention and a nationwide filing injunction, if not more stringent punitive measures, to prevent further abuse.

The Amended Complaint should be dismissed under Rule 12(b)(6) for failure to state a claim, Rule 11(b)(2) for being presented for improper purposes, and for abuse of process. Plaintiff will fail to demonstrate any valid purpose for filing three duplicative lawsuits in three different jurisdictions simultaneously and this Court should not tolerate such blatant abuse of the legal system. As demonstrated in *Woodhouse v. Meta Platforms Inc., et al.*, the Southern District of New York has recognized and addressed similar vexatious behavior by imposing a nationwide filing injunction against the plaintiff, (*Woodhouse v. Meta Platforms Inc.,* 23 Civ. 7000 (PAE) (S.D.N.Y. Dec. 5, 2023). This case warrants similar consideration and action to prevent further harassment and judicial waste.

MOTION TO DISMISS AND REQUEST TO DECLARE PLAINTIFF A VEXATIOUS LITIGANT                                                                                    3

## II.    STANDARD OF REVIEW

A motion to dismiss under Rule 12(b)(6) tests the sufficiency of the complaint. To survive a motion to dismiss, a complaint must contain sufficient factual matter, accepted as true, to state a claim to relief that is plausible on its face (*Bell Atl. Corp. v. Twombly*, 550 U.S. 544, 127 S. Ct. 1955, 167 L. Ed. 2d 929 (2007)).  A claim has facial plausibility when the plaintiff pleads factual content that allows the court to draw the reasonable inference that the defendant is liable for the misconduct alleged, (*Ashcroft v. Iqbal*, 556 U.S. 662, 678 (2009)).

## III.    ARGUMENT

### A.    Failure to State a Claim for Defamation and Trade Libel

Plaintiff's claims for defamation and trade libel must be dismissed because the statements at issue are protected by the First Amendment and are non-actionable opinions.  Further, Plaintiff failed to allege specific facts showing that the statements were false, published with actual malice, and caused specific harm.

Protected Speech and Opinion: The statements made are protected opinions and rhetorical hyperbole. The context of Defendant's statements makes it clear that they are opinions, not statements of fact. Opinions cannot form the basis of a defamation claim, (*Gertz v. Robert Welch, Inc.*, 418 U.S. 323, 339-40 (1974)).

Lack of Specificity and Falsity: Plaintiff failed to identify specific false statements made by Defendant. The Amended Complaint contains vague and

conclusory allegations without specifying the exact statements or their falsity,

(*Freeman v. Stake.Com*, 22-CV-7002 (RA) (S.D.N.Y. Nov. 7, 2023)).

Actual Malice: Plaintiff Sweigert is a public figure or limited purpose public

figure, and as such he must show that Defendant acted with actual malice. The

Amended Complaint does not allege facts sufficient to demonstrate that Goodman

knew the statements were false or spoken with reckless disregard for the truth,

(*New York Times Co. v. Sullivan*, 376 U.S. 254, 84 S. Ct. 710 (1964)).

### B.    Failure to State a Claim for Violation of Privacy Rights

Plaintiff's claims for violation of privacy rights under New York Civil

Rights Law §§ 50 and 51 fail because the use of Plaintiff's name and likeness in

the context of news reporting and public interest commentary is protected speech.

Plaintiff's repeated, ongoing abuse of the civil justice system is, in and of itself,

newsworthy and of public interest.  Goodman's public commentary on it is first

amendment protected activity.  The claims are barred as they do not constitute

commercial advertising or trade as required under the statutes (*Messenger ex rel.*

*Messenger v. Gruner + Jahr Printing & Publ'g*, 94 N.Y.2d 436, 441-42 (2000)).

### C.    Failure to State a Claim for Other Torts

Plaintiff's remaining claims, including intentional infliction of emotional

distress, misappropriation, and false advertising, are inadequately pleaded and lack

the requisite factual detail. The Amended Complaint fails to demonstrate extreme

and outrageous conduct, misappropriation for commercial use, or specific instances of false advertising causing harm to Plaintiff.

### D. Vexatious Litigation, Harassment, and Abuse of Process

Plaintiff has engaged in a pattern of vexatious litigation by filing multiple, duplicative lawsuits against Defendant in various jurisdictions for the past seven years and then withdrawing before trial only to refile similar claims. This conduct is an abuse of the judicial process and violates FRCP Rule 11(b)(2), which mandates that filings be well-grounded in fact, warranted by existing law, and not interposed for any improper purpose such as harassment or unnecessary delay, (*Cage v. Harper,* Case No. 17-cv-7621 (N.D. Ill. Mar. 16, 2020)).

The elements of an abuse of process claim are: (1) regularly issued process, (2) an intent to do harm without excuse or justification, and (3) use of the process in a perverted manner to obtain a collateral objective (*Curiano v. Suozzi*, 63 N.Y.2d 113, 116 (1984)). Plaintiff's repeated filing of duplicative lawsuits, withdrawal of those suits before trial, and refiling of similar claims in other jurisdictions demonstrates a clear pattern of using legal processes to harass and achieve improper collateral objectives. This conduct meets all the elements of an abuse of process claim and warrants dismissal.

Plaintiff also resorts to extrajudicial harassment.  He sent a letter to Goodman's opposition in another case, (*Goodman v. The City of New York*, 23-cv-

09648-JGLC-GWC (S.D.N.Y. Nov. 8, 2023)), referring to a party calling Goodman a "f*cking jew."  This communication had no legitimate purpose and was intended to harass Goodman.  Plaintiff also sent letters to Goodman's elderly parents at their home despite them being completely uninvolved in Goodman's business affairs or social media postings.  Goodman's parents have no role whatsoever in anything related to Sweigert's claims and he had no legitimate purpose for contacting them. Plaintiff also sent copies of many of the letters to Goodman.  Samples of some of the harassing letters are attached. **(EXHIBIT B)**

Previously, plaintiff voluntarily dismissed claims under New York Civil Rights Law §§ 50 and 51, and the court dismissed the claims with prejudice, (*See Sweigert v Goodman* Case No. 1:18-cv-08653-VEC-SDA Dkt. 381). Plaintiff now attempts to reintroduce similar claims, demonstrating continued abuse of process.

### E.    Request to Declare Plaintiff a Vexatious Litigant

Given Plaintiff's extensive history of filing frivolous, duplicative, harassing lawsuits, Defendant requests that the Court declare Plaintiff Sweigert a vexatious litigant and enter a nationwide anti-filing injunction, (*Woodhouse v. Meta Platforms Inc.,* 23 Civ. 7000 (PAE) (S.D.N.Y. Dec. 5, 2023).

### F.    Request to Consolidate Case 1:24-cv-02203-JGK-VF

In addition to the consolidation of Case 1:23-cv-05875-JGK and Case 1:23-cv-06881-JGK, Plaintiff has also filed Case 1:24-cv-02203-JGK-VF.  Defendant

requests that Case 1:24-cv-02203-JGK-VF be consolidated into this motion to dismiss.  Plaintiff's act of bringing three duplicative cases in different districts simultaneously is facially violative of Rule 11(b)(2) and serves no purpose other than to abuse the judicial process, waste judicial resources, and harass Goodman.

## IV.    CONCLUSION

For the reasons set forth herein, Defendant respectfully requests that this Court grant the Motion to Dismiss the Amended Complaint in its entirety with prejudice.  Additionally, Defendant requests that the Court declare Plaintiff a vexatious litigant and impose a nationwide filing injunction to prevent further abuse of the judicial process, refer Sweigert's harassment of Goodman's family to U.S. Postal Police for investigation and for any other suitable relief as determined by the Court.


Dated: New York, New York June 17, 2024

Respectfully submitted,


Jason Goodman
Pro Se Plaintiff
truth@crowdsourcethetruth.org
252 7th Avenue Apt 6s
New York, NY 10001
347-380-6998

**(EXHIBIT A)**

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| D. G. Sweigert, | **PRO SE** |
|      -against- | |
| Matthew Benassi. | **1:24-cv-00646-TNM** |
| U.S. Air Force, | Judge Trevor N. McFadden |
| U.S. Coast Guard, et. al. | |

---

## PLAINTIFF'S REQUEST FOR JUDICIAL NOTICE
## PURSUANT TO F.R.E. 201 (b)

In light of Defendant transmission of certain documents (herein attached) it appears that the U.S.

Coast Guard has fulfilled the outstanding FOIA request. Plaintiff requests that this Court take

notice of the attached pursuant to the Federal Rules of Evidence (F.R.E.) Rule 201 (b)(1) – (2).

Signed June 1, 2024

**D. G. SWEIGERT PRO SE PLAINTIFF, C/O**
**PMB 13339, 514 Americas Way,**
**Box Elder, SD 57719**
Spoliation-notice@mailbox.org

## CERTIFICATE OF SERVICE

Service to Defendants by ECF notification.

**D. G. SWEIGERT PRO SE PLAINTIFF, C/O PMB 13339,**
**514 Americas Way, Box Elder, SD 57719,** Spoliation-notice@mailbox.org



**RECEIVED**

JUN 2 2024

Clerk, U.S. District & Bankruptcy
Court for the District of Columbia

Generated By Sector Charleston 03NOV2023 14:22:40Z

For Official Use Only:  Public Availability to be Determined under 5 U.S.C. 552.

# Case History Report

### Sector Charleston
### 03NOV2023 14:22Z

## ---Administrative Data---

**MISLE Case Id:  1083605**                         Open Date: 15JUN2017 01:19Z
Status: Closed - Agency Action Complete
Title: Bomb Threat/ Maersk Memphis
Owning Unit: Sector Charleston                 Originating Unit:  Sector Charleston

**Other Activities (Non IMA or Non Sortie) in Case:**
None

## ---Incident Data---

●**MISLE Activity Id: 6176249**      Status: Closed - Agency Action Complete      Start Date: 15JUN2017
Type:  Incident Management
Originating Unit: Sector Charleston           Owning Unit: Sector Charleston
Notification Method: Telephone call to Coast Guard
Incident Summary:  SCC recieved a report of a possible bomb threat onboard the Maersk Memphis at
Wando Terminal. Intiated CIC and closed Wando River around terminal. FBI and SC LE conducted
sweep of vessel and cleared scene. No threats were found. All responding assets have been cleared.
Case Closed
●**MISLE Activity Id: 6176259**      Status: Closed - Agency Action Complete      Start Date: 14JUN2017
Type:  Incident Management
Originating Unit: Atlantic Area                   Owning Unit: Atlantic Area
Notification Method:
Incident Summary:  case closed
●**MISLE Activity Id: 6176306**      Status: Closed - Agency Action Complete      Start Date: 15JUN2017
Type:  Incident Management
Originating Unit: District 7 (dr)                  Owning Unit: District 7 (dr)
Notification Method:
Incident Summary:  SECCHA received a report of a potential nefarious threat onboard MAERSK
MEMPHIS (US) which is currently moored at Wando Terminal 3 in Charleston, SC. The reporting source
is a reporter who obtained the information from a blogger on a you tube channel. SECCHA established
a 01 NM security zone around Wando Terminal, launched STACHA and requested local LE support to
enforce the safety zone, diverted the airborne AIRFAC MH-65 for officer presence, and notified local

Generated By Sector Charleston 03NOV2023 14:22:40Z

For Official Use Only:  Public Availability to be Determined under 5 U.S.C. 552.

partners. South Carolina Civil Support Team, FBI Weapons of Mass Destruction Team, and local LE bomb squads are responding. D7 initially requested MSRT CBRNE support, but rescinded the request due to the other agencies responding. Charleston Police Marine Unit conducted 04 explosive marine sweeps with negres. SECCHA set up an Incident Command Post in Charleston. Additionally MAERSK stood up and incident Command Post in Norfolk, VA. The source of information stated that the threat is located inside a diplomatic pouch. CPB identified 4 diplomatic containers onboard were loaded in Spain. Three of the containers are easily accessible and South Carolina Civil Support Team will begin investigating the three containers. The fourth container requires removal of other containers. The vessel's last port of call was Port of New Jersey and the crew (20) is all US. CBP reported the four diplomatic containers were loaded onto MAERSK MEMPHIS in Algeciras, Spain and en route to Jacksonville, FL, Summerville, NC and two containers en route to Suffolk, VA. SECCHA and port partners (Civil Support Team, Charleston County Police Department, South Carolina Port Police, and South Carolina Division of Law Enforcement) will off load the four containers and x-ray, visually and sweep for explosives. Diplomatic Security Service and CBP are on scene assisting with access to the containers. One other diplomatic container was off loaded in New Jersey. The previously off loaded container originated in Manama, Bahrain en route to a U.S. Army Depot in Pennsylvania. The container was not inspected; however, the container is located in a secure facility. CBP intentions with the previously off loaded container are unknown. FBI and CGIS are attempting to contact the known source of information with negres, but continue to investigate and locate the individual. A cell phone ping places the individual near Columbus, OH. D7 public affairs is en route to SECCHA. SECCHA reports they received national media interest. SECCHA reports the four containers will be screened by 0300 if nothing nefarious is found. SECCHA reported port partners completed X-ray and radiological scan of the four containers. Two containers had negres. One container had low hits of Thorium 232 and one container had low hits of Chloride Potassium and Thorium 232. FBI WMD assessed these low hits as a none threat as they are naturally occurring elements. The fifth container which was off loaded in New Jersey will be investigated by CBP. None of the containers have been opened and COTP deems the containers no longer pose a threat to port security. Diplomatic Security Service reported the containers do not have diplomatic immunity; however, CBP reported they do not have the legal authority to open the containers as they are under the control of the U.S. Army. NCC will liase with NORTHCOM for further investigation of the containers by Army Criminal Investigation Command (CID). The ICP stood down the safety zone and authorized the MAERSK MEMPHIS to continue cargo operations. CGIS, FBI, and local Law Enforcement located the original source of information and arrested the individual. D7 public affairs intends to deploy to SECCHA and assist with public affairs support later today. CIC stood down. Case closed for CC paging.

## ---Involved Subjects---

Vessel Name: MAERSK MEMPHIS          Call Sign: 9V6171

    Primary VIN: 1245543          Gross Tonnage:

    Role:          Approx. Length: 941.2 Feet

    Flag: SINGAPORE          Year Completed:

    Service: Freight Ship          Propulsion Type: Diesel Direct

Generated By Sector Charleston 03NOV2023 14:22:40Z

**For Official Use Only:  Public Availability to be Determined under 5 U.S.C. 552.**

**Damage Status:**

Person Name: (b) (7)(C)                                    Status:
    Role: Interested Person                    Birth Date:
    Identification(s)
Person Name: (b) (7)(C)                                    Status:
    Role: Interested Person                    Birth Date:
    Identification(s)
Person Name: (b) (7)(C)                                    Status:
    Role: Reporting Party                        Birth Date:
    Identification(s)


Facility Name: WANDO TERMINAL SCSPA        Primary Identifier: SYS-100062890
    Type: Waterfront Facility
    Role:


Organization Name: Sector Charleston, SC
    Role:
    Identification(s)


**Resource List:**
Name: CG6516
    Kind: Aircraft (Helicopter)

Generated By Sector Charleston 03NOV2023 14:22:40Z

**For Official Use Only:  Public Availability to be Determined under 5 U.S.C. 552.**

## ---Sortie Data---

●**MISLE Activity Id: 6176683**                    Status: Closed - Agency Action Complete

Activity Type: Resource Sortie                        Start Date: 15JUN2017

Originating Unit: Air Station Savannah        Owning Unit: Air Station Savannah

Target Location Method:                                Distance Traveled: 60 Nautical Miles

Sortie Type: Zone Enhancement

Requested Time: 15JUN2017 00:00:00Z

Launch Time: 15JUN2017 00:00:00Z

On Scene/CSP Time:

Target Located Time: 15JUN2017 00:38:00Z

Alongside/Overhead Time:

Depart Time: 15JUN2017 00:48:00Z

Sortie End Time: 15JUN2017 00:56:00Z

**Weather:**

Observed Date/Time: 15JUN2017 00:44Z

    Area Observed: Wando River/Terminal

| Water Temp: | Water Depth: | Wave Height: 1.0 Feet |
|---|---|---|
| Wind Speed: 10 Knots | Wind Gust: | Wind Direction: 220 ° |
| Ceiling: 1200 Feet | Visibility: 10.0 Nautical Miles | Sea Pressure: 3001.00 Millibars |
| Sky Cond: Scattered | Precipitation Type: | |

Generated By Sector Charleston 03NOV2023 14:22:40Z

**For Official Use Only:  Public Availability to be Determined under 5 U.S.C. 552.**

●**MISLE Activity Id:** 6176932                    Status: Closed - Agency Action Complete
**Activity Type:** Resource Sortie                Start Date: 15JUN2017
**Originating Unit:** Station Charleston           Owning Unit: Station Charleston
**Target Location Method:**  Visual sighting only  Distance Traveled: 4 Nautical Miles
**Sortie Type:** Patrol (Non-Security)
**Requested Time:** 15JUN2017 00:30:22Z
**Launch Time:** 15JUN2017 00:44:32Z
**On Scene/CSP Time:** 15JUN2017 01:00:42Z
**Target Located Time:** 15JUN2017 01:01:23Z
**Alongside/Overhead Time:** 15JUN2017 01:02:22Z
**Depart Time:** 15JUN2017 07:17:34Z
**Sortie End Time:** 15JUN2017 07:50:05Z


**Weather:**
Observed Date/Time:
      Area Observed:
      Water Temp:                Water Depth:              Wave Height:
      Wind Speed:                Wind Gust:                Wind Direction:
      Ceiling:                   Visibility:               Sea Pressure:
      Sky Cond:                  Precipitation Type:

| MISLE Activity Id | Start Date/Time | Owning Unit | Message/Description | Location |
|---|---|---|---|---|
| 6176259 | 14JUN2017 00:19:13Z | LANT | Initial report via CIC: dirty bomb threat onboard MAERSK MEMPHIS that is currrently moored Terminal #3 Wando River, Charleston, SC. | |
| 6176683 | 15JUN2017 00:00:00Z | AIRS Savnnh | CG6516 Launched | Launch/Start Location |
| 6176683 | 15JUN2017 00:00:00Z | AIRS Savnnh | Response Resource Requested | |
| 6176249 | 15JUN2017 00:03:00Z | SEC Charlstn | Initial Notification - Received a call from (b) (7)(C) who stated she has a source that contacted her informing her that there is a dirty bomb on the Maersk Memphis in a diplomatic pouch. She stated her source gets his intel from an EX Intel/CIA type source. She reported the vessel was in Pakistan previously and that is where they loaded the dirty bomb. | |
| 6176249 | 15JUN2017 00:04:41Z | SEC Charlstn | Briefed Charleston Pilots Dispatch of situation. Asked if they could stop from mooring up. Not possible due to where they are. Dispatch will privately communicate with pilot at the helm and instruct of situation. | |
| 6176249 | 15JUN2017 00:08:59Z | SEC Charlstn | Charleston Pilots passed ships agent: (b) (7)(C) | |
| 6176249 | 15JUN2017 00:10:51Z | SEC Charlstn | Charleston County Dispatch briefed. Requested vessel to stage at 526 bridge due to bomb threat. Also requested phone call from Sherriff to dispatch bomb squad | |
| 6176249 | 15JUN2017 00:11:58Z | SEC Charlstn | Briefed STACHA of the situation. They will set up river closure from south tip Daniel Island to 526 Bridge on Wando River. | |
| 6176249 | 15JUN2017 00:13:06Z | SEC Charlstn | 6516 diverted to WANDO Terminal and provide ariel coverage of area. | |
| 6176249 | 15JUN2017 00:14:24Z | SEC Charlstn | Initiated CIC. Briefed on the current situation of the case. | |
| 6176249 | 15JUN2017 00:16:14Z | SEC Charlstn | BROADCAST: Issued River Closure from southern tip Daniel Island to 526 Bridge on Wando River. | |
| 6176932 | 15JUN2017 00:30:22Z | STA Charlstn | Response Resource Requested | |
| 6176249 | 15JUN2017 00:32:59Z | SEC Charlstn | Conducted Command Briefing with Sector Commander/Sector INTEL/CGIS/Planning/SLED. Vessel scheduled to depart Charleston COTP 1800 on June 15, next port Savannag, LPOC Port Elizabeth, NJ. U.S. Crew (20). RADHAZ detection abilities requested. Civil Service Team N.G out of Columbia is in town and able to respond. Considerations for MSRT. SCC established a Safety Zone 1NM north and South of the Wando Terminal, which is being enforced by CCSO and Station 45772. | |
| 6176683 | 15JUN2017 00:38:00Z | AIRS Savnnh | Target Located at 15JUN2017 00:38:00Z | Target Located Location |

| MISLE Activity Id | Start Date/Time | Owning Unit | Message/Description | Location |
|---|---|---|---|---|
| 6176249 | 15JUN2017 00:38:20Z | SEC Charlstn | Charleston County Incident Commander/Bomb Unit Lead enroute | |
| 6176249 | 15JUN2017 00:39:39Z | SEC Charlstn | 6516 is onscene at Wando. Montoring situation from air | |
| 6176249 | 15JUN2017 00:39:40Z | SEC Charlstn | SC Port Authority will initiate evacuation of terminal. Briefed Command | |
| 6176932 | 15JUN2017 00:44:32Z | STA Charlstn | - RBS25 Launched | Launch/Start Location |
| 6176249 | 15JUN2017 00:45:00Z | SEC Charlstn | Contacted (b) (7)(C) . he stated that they have been tracking Islamic terrorist who have used the maersk memphis in the past. Stated it would be held in a diplomatic pouch. Stated he has a CIA/ Ex Intel source. (b) (7)(C) works for the website crowd source the truth. | |
| 6176249 | 15JUN2017 00:46:28Z | SEC Charlstn | Contacted Ships Agent from Norton Lilly. Stated he was onscene with vessel. Briefed him on severeity of situation. Reccomended he leave area until cleared from local PD. | |
| 6176249 | 15JUN2017 00:47:46Z | SEC Charlstn | Charleston County Sherriff HELO is O/S. 6516 will RTB | |
| 6176683 | 15JUN2017 00:48:00Z | AIRS Savnnh | CG6516 Departed Scene | |
| 6176249 | 15JUN2017 00:53:50Z | SEC Charlstn | 45772 is U/W | |
| 6176683 | 15JUN2017 00:56:00Z | AIRS Savnnh | CG6516 Sortie Ended | Sortie End Location |
| 6176249 | 15JUN2017 01:00:29Z | SEC Charlstn | Follow-on CIC: SCC provided update brief. Confirmed FBI had been notified by CGIS. LANT and PAC both report that they had received SSAS alerts for the MAERSK MEMPHIS. | |
| 6176932 | 15JUN2017 01:00:42Z | STA Charlstn | - RBS25 On Scene at 15JUN2017 01:00:42Z | On Scene/CSP Location |
| 6176932 | 15JUN2017 01:01:23Z | STA Charlstn | Target Located at 15JUN2017 01:01:23Z | Target Located Location |
| 6176932 | 15JUN2017 01:02:22Z | STA Charlstn | - RBS25 Alongside | Alongside/Overhead Location |
| 6176249 | 15JUN2017 01:03:23Z | SEC Charlstn | STACHA 45772 O/S- Establishing River Closure | |
| 6176249 | 15JUN2017 01:03:27Z | SEC Charlstn | CIC Briefing: Passed all informtaion. PAC and LANT AREA both recieved the Ship Security Alert from this vessel. MSRT is at our disposal if we need it as per LANTAREA. | |
| 6176259 | 15JUN2017 01:05:41Z | LANT | Update CIC: Sector Charles has closed the Wando River and established a safety zone 1 NM on  up and down bound of ship position using Station Charleston and Charleston COunty Sherriff mariner unit. The reporting source advises the bomb is in a diplomatic pouch/container. The facility and ship have been ordered to evacuate. AIRFAC Charleston and Charleston County Sherriff aircraft are providing air support. LANT-3 advises MSRT is on standby if needed. | |

| MISLE Activity Id | Start Date/Time | Owning Unit | Message/Description | Location |
|---|---|---|---|---|
| 6176249 | 15JUN2017 01:08:26Z | SEC Charlstn | (b) (7)(C) requests confirmation of ICP and IC. CCSO Bomb Squad reports on scene and acknowledged they had current IC. After further discussion with CCSO, it is being determined that the ICP will be stood up at the Unified Command (SEAHAWK). | |
| 6176259 | 15JUN2017 01:21:49Z | LANT | MAERSK CSO (b) (7)(C) advises that she has been in contact with M/V MAERSK MEMPHIS Captain (b) (7)(C) and all crew are accounted for and have been evacuated from the ship to the local seaman center. (b) (7)(C) - MAERSK Sr VP (b) (7)(C) has been briefed and has set up their Norfolk command post - (b) (7)(C) | |
| 6176249 | 15JUN2017 01:24:27Z | SEC Charlstn | CBP has a list of containers that were of diplomatic status. | |
| 6176249 | 15JUN2017 01:26:22Z | SEC Charlstn | 43rd National Guard CST is in town and will conduct sweeps of the vessel. | |
| 6176249 | 15JUN2017 01:27:59Z | SEC Charlstn | (b) (7)(C) was onscene at Wando Termina. Stated that the Terminal has been evacuated and closed . Only first responders allowed to enter. SLED and FBI Bomb Teams working together and CST was enroute with RAD Detectors. | |
| 6176249 | 15JUN2017 01:30:00Z | SEC Charlstn | the Head of ship Management (b) (7)(C) contacted us and stated he is aware and is enroute his office in Norfolk. Stated the CSP/VSP has been activated on board the vessel. | |
| 6176249 | 15JUN2017 01:35:19Z | SEC Charlstn | (b) (7)(C) at Wando, self plus first responders. Facility and vessel evacuated. | |
| 6176249 | 15JUN2017 02:02:41Z | SEC Charlstn | Follow-on CIC call: Provided updated brief; facility has been completely evacuated with exception of some first responders. CBP identified 4 diplomatic containers on board the vessel and intend to sweep those first. SLED/FBI bomb squads en route to formulate plan. CST unit has a robust RADHAZ detection capability. D7 wishes to lean forward with MSRT recall. Next CIC at 2315 | |
| 6176259 | 15JUN2017 02:07:14Z | LANT | CBP has identified 4 potential suspicious containers for further investigation. FBI and bomb squad are enroute. MSRT with detection capability has been requested by D7. | |
| 6176249 | 15JUN2017 02:07:56Z | SEC Charlstn | SCDNR will enforce northern part of river closure | |

| 6176259 | 15JUN2017 02:15:54Z | LANT | INITIAL - CCIR HLS#4 & GEN #6 - D7 - SECTOR CHARLESTON - WANDO RIVER, SC - 1083605<br><br>UNCLAS//FOUO<br><br>CCIR TRIP: HLS #4 - CBRN INCIDENT WITH CG INVOLVEMENT<br>    GEN #6 - UNSCHEDULED EMPLOYMENT OF DEPLOYABLE SPECIALIZED FORCES<br>(MSRT)<br><br>INITIAL:<br><br>140005Z: D7 reports Sector Charleston and USCG Navigation Center received a<br>phone call from a female caller named (b) (7)(C) , a civilian radio<br>host stating there is a dirty bomb on board M/V MAERSK MEMPHIS...Expand for full description. | |

| MISLE Activity Id | Start Date/Time | Owning Unit | Message/Description | Location |
|---|---|---|---|---|

**Activity Type:**  Incident Management

**Start Date/Time:**  15JUN2017 02:15:54Z

**To:**  AACC-Pages

**Message:**  INITIAL - CCIR HLS#4 & GEN #6 - D7 - SECTOR CHARLESTON - WANDO RIVER, SC - 1083605

UNCLAS//FOUO

CCIR TRIP: HLS #4 - CBRN INCIDENT WITH CG INVOLVEMENT
          GEN #6 - UNSCHEDULED EMPLOYMENT OF DEPLOYABLE SPECIALIZED FORCES (MSRT)

INITIAL:

140005Z: D7 reports Sector Charleston and USCG Navigation Center received a phone call from a female caller named (b) (7)(C) , a civilian radio host stating there is a dirty bomb on board M/V MAERSK MEMPHIS (US). The caller stated that her information was obtained from a reported CIA informant. USCG Sector Charleston correlated the information from a YouTube Live feed titled "Clear and Present Danger" and is hosted by (b) (7)(C) . M/V MAERSK MEMPHIS is currently moored at Wando Terminal #3 with a one nautical mile safety zone. Local law enforcement is on scene. USCG Station Charleston and Charleston County Sherriff Marine unit have established a 1nm safety zone up and down bound of the ship in Wando River, SC. AIRFAC Charleston and Charleston County sheriff air facility are providing air support. Incident commander for Charleston County Police Department is en route. LANT MSRT with detection capabilities has been requested. There is no significant media attention at this time. Case pends.

v/r,

(b) (7)(C)
Command Duty Officer
USCG Atlantic Area Command Center
(b) (7)(C)
LantWatch@uscg.mil

Warning: This document is FOR OFFICIAL USE ONLY (FOUO). It is to be controlled, stored, handled, transmitted, distributed, and disposed of in accordance with Coast Guard and DHS policy relating to FOUO information

| MISLE Activity Id | Start Date/Time | Owning Unit | Message/Description | Location |
|---|---|---|---|---|
| 6176259 | 15JUN2017 02:21:41Z | LANT | Briefed MSRT OPS - (b) (7)(C) of request for deplyment with detection capabilities. CDR advises 11 people and 1 canine will be ready at the unit at 0430Z. Awaiting further information about transportation. | |
| 6176259 | 15JUN2017 02:24:39Z | LANT | A/S E-City ODO briefed to ready for transport of MSRT to Charleston. | |
| 6176259 | 15JUN2017 02:27:45Z | LANT | MSRT XO - (b) (7)(C) - briefed about situation. CDR advises he is enroute and can be reached via cell (b) (7)(C) or office (b) (7)(C) . | |
| 6176249 | 15JUN2017 02:35:04Z | SEC Charlstn | CST arrived at IOC. Marine Unit on scene conducted 4 waterside sweeps with NEGRES. Unified Command Center formulating plan to move forward. | |
| 6176259 | 15JUN2017 02:36:02Z | LANT | C-1230 is authroized and preferred for transport of MSRT due to # of hours on MH-60 crew, -0- hours on C-130 crew and need to leave SAR assett in E-City for response. | |
| 6176259 | 15JUN2017 02:45:31Z | LANT | E-City AOPS, MSRT XO, LANT-37AF conferenced and coordinated a 0430Z launch time of 4 MSRT members. | |
| 6176249 | 15JUN2017 03:35:22Z | SEC Charlstn | Follow-on CIC: Provided update. | |
| 6176259 | 15JUN2017 04:35:19Z | LANT | UPDATE 1 - CCIR HLS#4 & GEN #6 - D7 - SECTOR CHARLESTON - WANDO RIVER, SC - 1083605<br><br>UNCLAS//FOUO<br><br>CCIR TRIP: HLS #4 - CBRN INCIDENT WITH CG INVOLVEMENT<br>    GEN #6 - UNSCHEDULED EMPLOYMENT OF DEPLOYABLE SPECIALIZED FORCES (MSRT)<br><br>UPDATE 1:<br><br>150315Z - D7 reports South Carolina Civil Support Team, FBI Weapons of Mass Destruction Team, and local LE bomb squads are responding. D7 initially requested MSRT CBRNE support, but rescinded the request du...Expand for full description. | |

| | |
|---|---|
| Activity Type: | Incident Management |
| Start Date/Time: | 15JUN2017 04:35:19Z |
| To: | AACC-Pages |
| Message: | UPDATE 1 - CCIR HLS#4 & GEN #6 - D7 - SECTOR CHARLESTON - WANDO RIVER, SC - 1083605 |

UNCLAS//FOUO

CCIR TRIP: HLS #4 - CBRN INCIDENT WITH CG INVOLVEMENT
     GEN #6 - UNSCHEDULED EMPLOYMENT OF DEPLOYABLE SPECIALIZED FORCES
(MSRT)


UPDATE 1:

150315Z - D7 reports South Carolina Civil Support Team, FBI Weapons of Mass
Destruction Team, and local LE bomb squads are responding. D7 initially
requested MSRT CBRNE support, but rescinded the request due to the other
agencies responding. Charleston Police Marine Unit conducted 04 radiological
and explosive marine sweeps with negres.  South Carolina National Guard
Civil Support Team (CST) (Weapons of Mass Destruction Team), South Carolina
Law Enforcement Division, FBI, CBP; local law enforcement marine units and
USCG Sector Charleston members are manning the Unified Command Center in
Charleston. Additionally MAERSK stood up and incident Command Post in
Norfolk, VA. The source of information stated that the threat is located
inside a diplomatic pouch. CBP reported that there
were five diplomatic shipping containers, one was offloaded in Port of
Elizabeth, NJ. The other 4 diplomatic containers onboard were loaded in
Spain. Three of the containers are easily accessible and South Carolina
Civil Support Team will begin investigating the three containers. The fourth
container requires removal of other containers. The vessel's last port of
call was Port of New Jersey and the crew (20) are all US citizens. USCG
Sector Charleston has spoke to "[b) (7)(C)]" is who was on the YouTube video
for additional information. Coast Guard Investigative Service (CGIS) is
communicating with Joint Terrorism Task Force (JTTF) and researching [b)(7)(C)]
[redacted] and [b) (7)(C)]. All facility at Wando Terminal/Port of Charleston
have been evacuated with the exception of first responders.   Case pends.

_____

INITIAL:

140005Z - D7 reports Sector Charleston and USCG Navigation Center received a
phone call from a female caller named [b) (7)(C)], a civilian radio
host stating there is a dirty bomb on board M/V MAERSK MEMPHIS (US). The
caller stated that her information was obtained from a reported CIA
informant. USCG Sector Charleston correlated the information from a YouTube
Live feed titled "Clear and Present Danger" and is hosted by [b) (7)(C)].
M/V MAERSK MEMPHIS is currently moored at Wando Terminal #3 with a one
nautical mile safety zone. Local law enforcement is on scene. USCG Station
Charleston and Charleston County Sherriff Marine unit have established a 1nm
safety zone up and down bound of the ship in Wando River, SC. AIRFAC
Charleston and Charleston County sheriff air facility are providing air
support. Incident commander for Charleston County Police Department is en
route. LANT MSRT with detection capabilities has been requested. There is no
significant media attention at this time. Case pends.

v/r,

(b) (7)(C)
Command Duty Officer
USCG Atlantic Area Command Center
(b) (7)(C)
LantWatch@uscg.mil

Warning: This document is FOR OFFICIAL USE ONLY (FOUO). It is to be
controlled, stored, handled, transmitted, distributed, and disposed of in
accordance with Coast Guard and DHS policy relating to FOUO information

| 6176249 | 15JUN2017 04:40:55Z | SEC Charlstn | conducted cell phone ping for CGIS (b) (7)(C) . Location same as last time ivo Zainesville Ohio. | |
| 6176249 | 15JUN2017 04:47:00Z | SEC Charlstn | NCC contacted and reported the diplomatic pouches were addressed to the US Army | |
| 6176306 | 15JUN2017 04:48:29Z | D07 dr | SECCHA received a report of a potential nefarious threat onboard MAERSK MEMPHIS (US) which is currently moored at Wando Terminal 3 in Charleston, SC. The reporting source is a reporter who obtained the information from a blogger on a you tube channel. SECCHA established a 01 NM security zone around Wando Terminal, launched STACHA and requested local LE support to enforce the safety zone, diverted the airborne AIRFAC MH-65 for officer presence, and notified local par...Expand for full description. | |

| | | |
|---|---|---|
| Activity Type: | Incident Management | |
| Start Date/Time: | 15JUN2017 04:48:29Z | |
| To: | IOPS | |
| Message: | SECCHA received a report of a potential nefarious threat onboard MAERSK MEMPHIS (US) which is currently moored at Wando Terminal 3 in Charleston, SC. The reporting source is a reporter who obtained the information from a blogger on a you tube channel. SECCHA established a 01 NM security zone around Wando Terminal, launched STACHA and requested local LE support to enforce the safety zone, diverted the airborne AIRFAC MH-65 for officer presence, and notified local partners. South Carolina Civil Support Team, FBI Weapons of Mass Destruction Team, and local LE bomb squads are responding. D7 initially requested MSRT CBRNE support, but rescinded the request due to the other agencies responding. Charleston Police Marine Unit conducted 04 explosive marine sweeps with negres. SECCHA set up an Incident Command Post in Charleston. Additionally MAERSK stood up and incident Command Post in Norfolk, VA. The source of information stated that the threat is located inside a diplomatic pouch. CPB identified 4 diplomatic containers onboard were loaded in Spain. Three of the containers are easily accessible and South Carolina Civil Support Team will begin investigating the three containers. The fourth container requires removal of other containers. The vessel's last port of call was Port of New Jersey and the crew (20) is all US. Case pends. | |

| 6176259 | 15JUN2017 05:03:05Z | LANT | Deactivate MSRT. No need with local assests in place. | |

| MISLE Activity Id | Start Date/Time | Owning Unit | Message/Description | Location |
|---|---|---|---|---|
| 6176259 | 15JUN2017 05:03:10Z | LANT | Briefed A/S E-CITY ODO, MSRT XO - (b) (7)(C) , LANT-37AF - Capt Bates, LANT-33 - (b) (7)(C)  advised to standdown MSRT. | |
| 6176249 | 15JUN2017 05:11:40Z | SEC Charlstn | SCDNR vessel providing river closure coverage is being relieved by Mt. Pleasant PD vessel. | |
| 6176249 | 15JUN2017 06:50:30Z | SEC Charlstn | 45772 is reporting that incident command is strating to clear the scene. | |
| 6176306 | 15JUN2017 06:53:09Z | D07 dr | CBP reported the four diplomatic containers were loaded onto MAERSK MEMPHIS in Algeciras, Spain and en route to Jacksonville, FL, Summerville, NC and two containers en route to Suffolk, VA. SECCHA and port partners (Civil Support Team, Charleston County Police Department, South Carolina Port Police, and South Carolina Division of Law Enforcement) will off load the four containers and x-ray, visually and sweep for explosives. Diplomatic Security Service and CBP are o...Expand for full description. | |

**Activity Type:**     Incident Management

**Start Date/Time:**    15JUN2017 06:53:09Z

**To:**    IOPS

**Message:**    CBP reported the four diplomatic containers were loaded onto MAERSK MEMPHIS in Algeciras, Spain and en route to Jacksonville, FL, Summerville, NC and two containers en route to Suffolk, VA. SECCHA and port partners (Civil Support Team, Charleston County Police Department, South Carolina Port Police, and South Carolina Division of Law Enforcement) will off load the four containers and x-ray, visually and sweep for explosives. Diplomatic Security Service and CBP are on scene assisting with access to the containers. One other diplomatic container was off loaded in New Jersey. The previously off loaded container originated in Manama, Bahrain en route to a U.S. Army Depot in Pennsylvania. The container was not inspected; however, the container is located in a secure facility. CBP intentions with the previously off loaded container are unknown. FBI and CGIS are attempting to contact the known source of information with negres, but continue to investigate and locate the individual. A cell phone ping places the individual near Columbus, OH. D7 public affairs is en route to SECCHA. SECCHA reports they received national media interest. SECCHA reports the four containers will be screened by 0300 if nothing nefarious is found. Case pends.

| | | | | |
|---|---|---|---|---|
| 6176249 | 15JUN2017 06:58:28Z | SEC Charlstn | CST crews conducted sweeps of the MAERSK MEMPHIS with only identifying a forklift and low level, natural occuring Thorium 232 in 2 containers and 1 container with low level natural occuring K-potassium (with forklist). | |
| 6176259 | 15JUN2017 07:00:03Z | LANT | Inpection of containers deemed no threat exists. River opened, safety zone removed and ship released to continue cargo operations. CIC stood down. | |

| MISLE Activity Id | Start Date/Time | Owning Unit | Message/Description | Location |
|---|---|---|---|---|
| 6176249 | 15JUN2017 07:00:38Z | SEC Charlstn | CIC Follow-on call: Crews conducted sweeps of containers (X-ray and RAD only), containers were never opened. Containers are property of US Army and because of State Department Immunity, the containers were never opened. Based on the response from sweep teams, the lack of confidence in the source of the original report, the Sector Commander feels comfortable securing from operations and from the established safety zone. Concurrence from CIC participants. Stood down f...Expand for full description. | |

| | |
|---|---|
| **Activity Type:** | Incident Management |
| **Start Date/Time:** | 15JUN2017 07:00:38Z |
| **To:** | |
| **Message:** | CIC Follow-on call: Crews conducted sweeps of containers (X-ray and RAD only), containers were never opened. Containers are property of US Army and because of State Department Immunity, the containers were never opened. Based on the response from sweep teams, the lack of confidence in the source of the original report, the Sector Commander feels comfortable securing from operations and from the established safety zone. Concurrence from CIC participants. Stood down from CIC operations. |

| MISLE Activity Id | Start Date/Time | Owning Unit | Message/Description | Location |
|---|---|---|---|---|
| 6176932 | 15JUN2017 07:17:34Z | STA Charlstn | - RBS25 Departed Scene | |
| 6176249 | 15JUN2017 07:17:40Z | SEC Charlstn | Scene is clear and river closure has been lifted. All Units RTB | |
| 6176249 | 15JUN2017 07:35:57Z | SEC Charlstn | (b) (7)(C) (subject of rumor) was arrested in Ohio passed out in truck. He will be question by the FBI in the morning. | |
| 6176932 | 15JUN2017 07:50:05Z | STA Charlstn | - RBS25 Sortie Ended | Sortie End Location |

| MISLE Activity Id | Start Date/Time | Owning Unit | Message/Description | Location |
|---|---|---|---|---|
| 6176306 | 15JUN2017 07:52:57Z | D07 dr | CCIR TRIP: FINAL - HLS #4 & #8<br>DATE/TIME INCIDENT: 150017Z FEB 17<br>VESSEL/FACILITY NAME: MAERSK MEMPHIS<br>INCIDENT COMMANDER: SECCHA<br>GEOGRAPHIC LOCATION: WANDO TERMINAL, CHARLESTON, SC<br>MISLE: 1083605<br><br>SECCHA reported port partners completed X-ray and radiological scan of the four containers. Two containers had negres. One container had low hits of Thorium 232 and one container had low hits of Chloride Potassium and Thorium 232. FBI WMD assessed these low hits as...Expand for full description. | |

| | |
|---|---|
| **Activity Type:** | Incident Management |
| **Start Date/Time:** | 15JUN2017 07:52:57Z |
| **To:** | IOPS |
| **Message:** | CCIR TRIP: FINAL - HLS #4 & #8<br>DATE/TIME INCIDENT: 150017Z FEB 17<br>VESSEL/FACILITY NAME: MAERSK MEMPHIS<br>INCIDENT COMMANDER: SECCHA<br>GEOGRAPHIC LOCATION: WANDO TERMINAL, CHARLESTON, SC<br>MISLE: 1083605<br><br>SECCHA reported port partners completed X-ray and radiological scan of the four containers. Two containers had negres. One container had low hits of Thorium 232 and one container had low hits of Chloride Potassium and Thorium 232. FBI WMD assessed these low hits as a none threat as they are naturally occurring elements. The fifth container which was off loaded in New Jersey will be investigated by CBP. None of the containers have been opened and COTP deems the containers no longer pose a threat to port security. Diplomatic Security Service reported the containers do not have diplomatic immunity; however, CBP reported they do not have the legal authority to open the containers as they are under the control of the U.S. Army. NCC will liase with NORTHCOM for further investigation of the containers by Army Criminal Investigation Command (CID). The ICP stood down the safety zone and authorized the MAERSK MEMPHIS to continue cargo operations. CGIS, FBI, and local Law Enforcement located the original source of information and arrested the individual. D7 public affairs intends to deploy to SECCHA and assist with public affairs support later today. CIC stood down. Case closed for CC paging. |

| 6176249 | 15JUN2017 08:06:30Z | SEC Charlstn | Case Validated by (b) (7)(C)  GS-11 | |

| MISLE Activity Id | Start Date/Time | Owning Unit | Message/Description | Location |
|---|---|---|---|---|
| 6176259 | 15JUN2017 08:14:22Z | LANT | FINAL - CCIR HLS#4 & GEN #6 - D7 - SECTOR CHARLESTON - WANDO RIVER, SC - 1083605<br><br>UNCLAS//FOUO<br><br>CCIR TRIP: HLS #4 - CBRN INCIDENT WITH CG INVOLVEMENT<br>     GEN #6 - UNSCHEDULED EMPLOYMENT OF DEPLOYABLE SPECIALIZED FORCES (MSRT)<br><br>FINAL UPDATE:<br><br>150730Z - D7 reports port partners completed X-ray and radiological scan of the four containers. Two containers had negres. One container had low hits of Thorium 232 and one container had low hits of Chloride...Expand for full description. | |

**Activity Type:**      Incident Management

**Start Date/Time:**    15JUN2017 08:14:22Z

**To:**      AACC-Pages

**Message:**      FINAL - CCIR HLS#4 & GEN #6 - D7 - SECTOR CHARLESTON - WANDO RIVER, SC - 1083605

UNCLAS//FOUO

CCIR TRIP: HLS #4 - CBRN INCIDENT WITH CG INVOLVEMENT
     GEN #6 - UNSCHEDULED EMPLOYMENT OF DEPLOYABLE SPECIALIZED FORCES (MSRT)

FINAL UPDATE:

150730Z - D7 reports port partners completed X-ray and radiological scan of the four containers. Two containers had negres. One container had low hits of Thorium 232 and one container had low hits of Chloride Potassium and Thorium 232. FBI WMD assessed these low hits as a none threat as they are naturally occurring elements. The fifth container which was off loaded in New Jersey will be investigated by CBP. None of the containers have been opened and COTP deems the containers no longer pose a threat to port security. Diplomatic Security Service reported the containers do not have diplomatic immunity; however, CBP reported they do not have the legal authority to open the containers as they are under the control of the U.S. Army. NCC will liase with NORTHCOM for further investigation of the containers by Army Criminal Investigation Command (CID). The ICP stood down the safety zone and authorized the MAERSK MEMPHIS to continue cargo operations. CGIS, FBI, and local Law Enforcement located the original source

of information and arrested the individual. D7 public affairs intends to deploy to SECCHA and assist with public affairs support later today. CIC stood down. Case closed for LANT paging

_____

UPDATE 1:

150315Z - D7 reports South Carolina Civil Support Team, FBI Weapons of Mass Destruction Team, and local LE bomb squads are responding. D7 initially requested MSRT CBRNE support, but rescinded the request due to the other agencies responding. Charleston Police Marine Unit conducted 04 radiological and explosive marine sweeps with negres.  South Carolina National Guard Civil Support Team (CST) (Weapons of Mass Destruction Team), South Carolina Law Enforcement Division, FBI, CBP; local law enforcement marine units and USCG Sector Charleston members are manning the Unified Command Center in Charleston. Additionally MAERSK stood up and incident Command Post in Norfolk, VA. The source of information stated that the threat is located inside a diplomatic pouch. CBP reported that there were five diplomatic shipping containers, one was offloaded in Port of Elizabeth, NJ. The other 4 diplomatic containers onboard were loaded in Spain. Three of the containers are easily accessible and South Carolina Civil Support Team will begin investigating the three containers. The fourth container requires removal of other containers. The vessel's last port of call was Port of New Jersey and the crew (20) are all US citizens. USCG Sector Charleston has spoke to "[b) (7)(C)]" is who was on the YouTube video for additional information. Coast Guard Investigative Service (CGIS) is communicating with Joint Terrorism Task Force (JTTF) and researching [b) (7)(C)] and [b) (7)(C)]. All facility at Wando Terminal/Port of Charleston have been evacuated with the exception of first responders.   Case pends.

_____

INITIAL:

140005Z - D7 reports Sector Charleston and USCG Navigation Center received a phone call from a female caller named [b) (7)(C)], a civilian radio host stating there is a dirty bomb on board M/V MAERSK MEMPHIS (US). The caller stated that her information was obtained from a reported CIA informant. USCG Sector Charleston correlated the information from a YouTube Live feed titled "Clear and Present Danger" and is hosted by [b) (7)(C)]. M/V MAERSK MEMPHIS is currently moored at Wando Terminal #3 with a one nautical mile safety zone. Local law enforcement is on scene. USCG Station Charleston and Charleston County Sheriff Marine unit have established a 1nm safety zone up and down bound of the ship in Wando River, SC. AIRFAC Charleston and Charleston County sheriff air facility are providing air support. Incident commander for Charleston County Police Department is en route. LANT MSRT with detection capabilities has been requested. There is no significant media attention at this time. Case pends.

v/r,

(b) (7)(C)
Command Duty Officer
USCG Atlantic Area Command Center
(b) (7)(C)
LantWatch@uscg.mil

Warning: This document is FOR OFFICIAL USE ONLY (FOUO). It is to be
controlled, stored, handled, transmitted, distributed, and disposed of in
accordance with Coast Guard and DHS policy relating to FOUO information

**(EXHIBIT B)**

**D. G. SWEIGERT**
**PMB 13339, 514 Americas Way,**
**Box Elder, SD 57719**

**April 29, 2024**

Defense Health Agency
Freedom Requestor Service Center

███████████████████████
███████████████████████

**SUBJ:  FOIA Request: Mark Alan Goodman, Lt. Cmd, USNR**

Ladies and Gentlemen,

This is a request pursuant to 5 U.S.C. Sec. 552, known as the Freedom of Information Act
(FOIA), and concerns the use of the TRI-CARE system for alleged elective surgeries and up-
coded medical treatments possible directed by the subject of this request.

On January 12, 2023 the spouse of the subject underwent elective surgery for a cervical spinal
fusion which was presumably billed to TRI-CARE.  Copies are requested of all releasable
documents related to this procedure.

The undersigned will wait ten (10) days for your response and then file a legal action to force
your agency compliance.

Best,

*D. S→+*

D. G. Sweigert

Enclosure

**Mark ███ Goodman, Lt. Cmdr.**          **Bureau of Medicine and Surgery**
**MD License Number: ████████**
████████████████████          ████████████████████

**Rep. Jamie Raskin**          **Jason Goodman,**
████████████████          **252 7th Avenue, Apt. 6-S**
████████ ███          **New York, N.Y. 10001**

D. G. SWEIGERT
PMB 13339, 514 Americas Way,
Box Elder, SD 57719

April 29, 2024

Bureau of Medicine and Surgery
7700 Arlington Blvd. Ste. 5113
Falls Church, VA 22042-5113

SUBJ:  FOIA Request: Mark Alan Goodman, Lt. Cmd, USNR

Ladies and Gentlemen,

This is a request pursuant to 5 U.S.C. Sec. 552, known as the Freedom of Information Act
(FOIA), and concerns the authorization to practice medicine by the subject of this request.

Presumably, the subject of this request performed abortions at U.S. Navy hospitals.  Copies are
requested of all releasable documents related to this physician's military service.

The undersigned will wait ten (10) days for your response and then file a legal action to force
your agency compliance.

Best,

D. G. Sweigert

Enclosure

Mark ▮ Goodman, Lt. Cmdr.
MD License Number: ▮
▮

Rep. Jamie Raskin
▮

Defense Health Agency
Freedom Requestor Service Center
▮

Jason Goodman,
252 7th Avenue, Apt. 6-S
New York, N.Y. 10001



ORLANDO FL 328

30 APR 2024   PM 5  L

Mark Alan Goodman, Lt. Cmdr.
MD License Number: ████

████████████

████████ FL ████

██████████      █████████████

D. G. SWEIGERT
PMB 13339, 514 Americas Way,
Box Elder, SD 57719

February 29, 2024

Mary Anderson, esq.
New York City Law Department
████████████████

SUBJ:  Freedom of Information Law (FOIL) request for N.Y.P.D. records of visits to Jason
Goodman's business offices at 252 7th Avenue, Suite 6-S, N.Y., N.Y. 10001

Dear Ms. Anderson,

This is a request for the documents identified under the FOIL Act.  These records include police
reports made by officers that have responded to Jason Goodman's address at Suite 6-S at 252 7th
Avenue, zip 10001.

Jason Goodman has distributed a video as he appears at his apartment door (Unit 6-S) with two
10th Precinct N.Y.P.D. officers (recorded on Mr. Goodman's camera and broadcast on social
media).  These two N.Y.P.D. officers (as seen on the video) requested information about a 911
caller that summoned police to Mr. Goodman's apartment.  In the subject video, Mr. Goodman is
heard telling the officers that someone in the lobby had yelled "Kill Jason Goodman that fucking
Jew" and wanted to file a report.  During that video Mr. Goodman voiced his disgust for the 10th
Precinct to the N.Y.P.D. officers for not taking a complaint regarding the "fucking Jew"
comment.

Best,

D. Swt

D.G. Sweigert

Copies:

Jason Goodman
252 7th Avenue, Suite 6-S
New York, N.Y. 10001

**D. G. SWEIGERT**
**PMB 13339, 514 Americas Way,**
**Box Elder, SD 57719**

April 15, 2024

Miriam Mintzer, Ph.D. Director,
**CSR Office of Training and Development**
**Center for Scientific Review**
**Room 6054**



SUBJ:  Misinformation, Disinformation and Malformation broadcaster Jason Goodman

Ladies and Gentlemen,

Kindly place the enclosed documents in the DARK TRIAD research program concerning
accused child rapist (underaged teenagers) Jason Goodman of New York City.

Best,

D. G. Sweigert

**Xavier Becerra, Secretary**
**U.S. Department of Health & Human**
**Services**
**Hubert H. Humphrey Building**
W.

**HON. Sylvia O. Hinds-Radix**
**City of New York**
3-170
10007

**Gorka Garcia-Malene**
**National Institute of Health**
**Building 1, Room 344**
8

**Youtuber Jason Goodman,**
**252 7th Avenue, Apt. 6-S**
**New York, N.Y. 10001**

D. G. SWEIGERT
PMB 13339, 514 Americas Way,
Box Elder, SD 57719

April 4, 2024

Cheyvoryea Gibson
Special Agent in Charge
Federal Bureau of Investigation
26th Floor
4▮▮▮▮▮▮▮▮▮▮e
▮▮▮▮▮▮▮

**Ref:** Trial preparation for Special Agent Kenneth Engberg

Sir,

Your attention is called to the following:

22    Loury is a clerk in MIED and not an attorney. Loury has no authority to author

23    documents on behalf of litigants. Detroit Police Department ("DPD") Sargent, Detective Joiell

24    Cobb Sanders ("Sgt. Sanders") met with Goodman and agreed the evidence proved beyond a

25    doubt the document was forged, and that Loury was the most likely suspect. She lamented that

26    any criminal activity inside the U.S. District Courthouse could not be addressed by DPD as it

27

1    was federal jurisdiction. No report was filed, and no investigation was conducted. Goodman has

2    also shared this evidence with Special Agent Kenneth Engberg ("SA Engberg") of the Detroit

3    FBI. SA Engberg also agreed the evidence indicated forgery and that Loury was the most likely

4    suspect, but he failed to act and refused to provide further commentary on the matter.

D. G. SWEIGERT
PMB 13339, 514 Americas Way,
Box Elder, SD 57719

April 24, 2024

Xavier Becerra, Secretary
U.S. Department of Health & Human Services
Hubert H. Humphrey Building
██████████████████████

SUBJ:  Possible HIPAA Privacy Rule violation

Ladies and Gentlemen,

Kindly forward the enclosed letter to the cognizant parties that would investigate violations of
the HIPAA Privacy Rule.

Best,

D. G. Sweigert

Enclosure

Mark ████ Goodman, MD
License Number: ████████

HON. Sylvia O. Hinds-Radix
City of New York

Miriam Mintzer, Ph.D. Director,
CSR Office of Training and Development
Center for Scientific Review

Gorka Garcia-Malene
National Institute of Health
Building 1, Room 344

Youtuber Jason Goodman,
252 7th Avenue, Apt. 6-S
New York, N.Y. 10001

D. G. SWEIGERT
PMB 13339, 514 Americas Way,
Box Elder, SD 57719

April 22, 2024

Michael Bennett, Inspector General
Florida Department of Health
█████████████████ A03

Subject:  Florida Information Protection Act of 2014

Dear Sir:

This complaint of a patient privacy data breach concerns the below licensed physician:

**MARK ████ GOODMAN MD,** ████████████████

On January 12, 2023, the spouse of the above entity underwent cervical spinal fusion surgery.
The son of the above entity widely distributed X-RAY films on the Internet and in court filings
that depicted the cervical spinal fusion of this patient, presumably without the patient's
permission.  Evidence in the public domain indicates that the patient (mother of Jason Goodman,
son) was unaware that her medical history would be viewed by literally thousands of social
media gossips that watch the Jason Goodman conspiracy theory podcast.

Kindly forward a copy of this letter, and other pertinent letters, to the cognizable investigative
authorities that enforce Florida medical confidentiality regulations and please place in the
permanent record of the above entity.

Best,

*D. S—t*

D.G. Sweigert

Copies:

Jason Goodman
252 7th Avenue, Apartment SX
New York, NY 10001

Gorka Garcia-Malene
National Institute of Health
████████ █ 344

D. G. SWEIGERT, C/O
MAILBOX, PMB 13339
514 Americas Way, Box Elder, SD 57719
Spoliation-notice@mailbox.org

January 6, 2024

*Goodman v. Bouzy*, et. al. Case No. 1:21-cv-10878-AT-JLC

Honorable Analisa Torres
U.S. District Court for the Southern District of New York
500 Pearl Street
New York, N.Y. 10007
Via ECF filing and email to chambers

SUBJ: Violation of ECF ORDER 238, para. 9, by Jason Goodman.

Your Honor,

1.    Your attention is called to para. 9 of your ORDER issued as ECF 238 on 6/28/2023:

" ██████: and Wittes's motion for sanctions is GRANTED. Goodman is enjoined from
filing additional documents on the docket relating to Wittes or J██████: in this District;
filing any federal district court action against Wittes or ██████ relating to the subject
matter in this case; and filing any new pro se action against Wittes or J██████z in any
federal district court without first obtaining leave of that court. Defendants' request for
attorney's fees is DENIED."

2.    Attached is Mr. Goodman's latest attempt to bring a legal action against Defendant
██████: for facts directly related to this instant legal action in open defiance of that ORDER.

Signed this 6th day of January 2023.

*D. S̶w̶t̶* **PRO SE**

## CERTIFICATE OF SERVICE

Hereby certified under penalties of perjury that a copy of this letter has mailed to: Jason Goodman,
sole stockholder of MULTIMEDIA SYSTEM DESIGN, INC., 252 7th Avenue, New York, N.Y.
10001

Signed this 6th day of January 2024.

*D. S̶w̶t̶* **PRO SE**

1