**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| **D. G. Sweigert,** | **PRO SE** |
|---|---|
| **-against-** | **23-cv-05875-JGK-VF** |
| **Jason Goodman,** | **Judge John G. Koeltl** |
| | **Related Case: 23-cv-06881-JGK-VF** |

**PLAINTIFF'S SUPPLEMENTAL EXHIBIT-**
**(PART OF RESPONSE TO DEFENDANT'S**
**MOTION TO DISMISS (ECF NO. 145))**

This document supplements the **PLAINTIFF'S RESPONSE TO THE DEFENDANT'S MOTION TO DISMISS, located at ECF no. 150** and duplicate document at ECF no. 152. In light of Jason Goodman's comments, widely distributed on the Dr. Jason Dean, DC of Longwood, Florida social media channels on 7/19/2024, concerning "George Webb's brother" that is a "member of a group planning to assassinate" ex-President Donald John Trump, the attached exhibit supports the Plaintiff's contention that Mr. Goodman is attempting to stage violence against the undersigned. Signed July 21, 2024 (7/21/2024)

**D. G. SWEIGERT PRO SE PLAINTIFF, C/O**
**PMB 13339, 514 Americas Way,**
**Box Elder, SD 57719**

**CERTIFICATE OF SERVICE**

Copy of this pleading has been placed in the U.S. MAIL addressed to Jason Goodman, 252 7th Avenue, New York, N.Y. 10001 on July 21, 2024 (7/21/2024). Signed July 21, 2024 (7/21/2024)

**D. G. SWEIGERT PRO SE PLAINTIFF, C/O PMB 13339,**
**514 Americas Way, Box Elder, SD 57719**

**EXHIBITA SIMULCAST**

**DR. JASON DEAN, DC TWITTER CHANNEL**

https://x.com/i/broadcasts/1RDxlyeqEooKL

| | |
|---|---|
| 10:50 | losers who cannot win on their merits so they must cheat and they've been suing |
| 10:56 | me for seven and a half years they will not let up and it's the same Collective |
| 11:02 | that attempted to murder Donald Trump and there is no doubt in my mind this is not |

https://x.com/i/broadcasts/1RDxlyeqEooKL

56:20 penetrated the federal court judge Capron I have made all of these allegations in a case that is before the

56:27 second Circuit Court of Appeals right now I have directly accused judge Capron

56:32 of conspiring with George web's brother and the

56:37 CEO of the National Academy of Television Arts and Sciences that's the

56:42 body that gives out Emmy Awards she has conspired with their CEO a guy named

56:49 Adam sharp I think I've sent you this before but here it is again they conspired initially to install the FBI

second Circuit Court of Appeals right now I have directly accused judge Capron

of conspiring with George web's brother and the

CEO of the National Academy of Television Arts and Sciences that's the

body that gives out Emmy Awards she has conspired with their CEO a guy named

Adam sharp I think I've sent you this before but here it is again they conspired initially

**EXHIBIT B SIMULCAST**

**JASON GOODMAN CROWDSOURCE THE TRUTH 11 CHANNEL**

[https://www.youtube.com/@crowdsourcethetruth11/streams](https://www.youtube.com/@crowdsourcethetruth11/streams)

[https://www.youtube.com/watch?v=hHmwI0JVRQE&t=5s](https://www.youtube.com/watch?v=hHmwI0JVRQE&t=5s)

**EXHIBIT C SIMULCAST**

LIKENESS OF GEORGE WEBB DISPLAYED

10:06 not to look at other channels on social media I just want them to understand what I understand about them so that

10:13 they can form their own conclusions but bottom line up front George web's brother who has been

10:20 stalking suing and harassing me my 80

10:25 plus year old retired parents who have nothing to do with my business or

30:48 an engineer project and tooling engineer for 29 years and four months now go to

30:54 the next image if you would please Jason that's a screen capture that I took from this George Web video which if you

31:00 aren't blocked by him as I am you can look at his video from yesterday and

please Jason that's a screen capture that I took from this George Web video which if you

34:09 decimating this narrative that Thomas what's his name Crooks was shooting on

34:14 the roof it's just like I'm sorry that's just destroyed day one and so in my

("Sweigert")

34:22 experience Mr Webb which that is not his actual name is George SW Wier but in my experience

34:30 this guy is a professional punch bowl turd installer



**EXHIBIT D SIMULCAST**

LIKENESS OF GEORGE WEBB DISPLAYED







# EXHIBIT E SIMULCAST

ith you he David George Webb's brother





**EXHIBIT F**

**ADDITIONAL SIMULCAST OUTLETS**

https://rumble.com/v57lk11-brave-tv-with-dr.-jason-dean-a-crazy-crazy-week.html



The foregoing screen shots are true and accurate representations of the original artifacts.

Sworn under penalties of perjury to be truthful. Signed July 21, 2024 (7/21/2024).

**D. G. SWEIGERT PRO SE PLAINTIFF, C/O**
**PMB 13339, 514 Americas Way,**
**Box Elder, SD 57719**