THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
                        D. G. SWEIGERT

                              Plaintiff,
        -against-

                        JASON GOODMAN
                           Defendant.
-------------------------------------------------------------------X

Case 1:23-cv-05875-JGK
Case 1:23-cv-06881-JGK

**CERTIFICATE OF SERVICE**

      It is hereby certified that Defendant Pro Se, Jason Goodman, served Plaintiff with a copy of the letter motion seeking an extension of time via USPS to that address below

      D. G. SWEIGERT, C/O
      PMB 13339, 514 Americas Way,
      Box Elder, SD 57719

Dated: New York, New York July 29, 2024

                                  Respectfully submitted,

                                        Jason Goodman
                                      Pro Se Defendant
                        truth@crowdsourcethetruth.org
                              252 7th Avenue Apt 6s
                                New York, NY 10001
                                    347-380-6998