The Honorable John Koeltl
U.S. District Court for the Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, NY 10007
Via pro se electronic filing

Re: *Case No.: Re: Case No.: Case No.: 1:23-cv-05875-JGK*
*Case No.: 1:23-cv-06881-JGK Sweigert v Goodman et al*

July 29, 2024

Dear Judge Koeltl,

    I write in response to your order (Dkt. 128) and to respectfully request a thirty-day extension of time to reply in support of the motion to dismiss. The original date to respond was tomorrow July 30, 2024. This is the first request for an extension of time. I am unable to determine if the plaintiff consents because I am unable to communicate with him via email. During the course of previous litigation, Mr. Sweigert included hidden malicious software in an email he sent me. The software tracked my activity without my knowledge. This malicious activity has caused me to block all incoming email from him. Since he initiated litigation against years ago, Mr. Sweigert has refused to communicate by telephone under any circumstance. For these reasons, I am unable to determine if he consents or objects. The best of my knowledge, this extension will have no effect on any other pending matters in this action.

    Additionally, I pray the Court will admonish the Plaintiff to discontinue his unreasonable and harassing behavior during the time allotted to reply. Since Your Honor issued the order, Mr. Sweigert has filed two lengthy and frivolous supplements to his response, (Dkts 129 & 130).

    Additionally, Mr. Sweigert has persisted in his ongoing harassment. I have previously referred to him as an obsessed psychopath, not as an insult, but because this is the only language I am aware of that appropriately describes his behavior. I am not a mental health professional, but my general understanding is that psychopathy is characterized by a lack of empathy for

fellow humans and a disregard for harm done to others.  Likewise, my general understanding is that obsession is characterized by a compulsion to repeat unproductive or harmful behaviors without logical purpose.  Mr. Sweigert's psychopathic obsession with continually disrupting every aspect of my life is a deeply disturbing, inappropriately time-consuming reality that I have been forced to confront for the past seven years and causes me to require additional time to reply.

As the Court is aware, in my sole occupation, I am a documentarian, a journalist and a podcast talk show host.  Mr, Sweigert's psychotic obsession with me has focused its efforts on destroying my business, prevent me from earning a living and occupying as much of time as possible with frivolous legal process.  Sweigert has no regard for the waste of judicial resources or the harm he causes his fellow citizens who might require the services of this Honorable Court.

Since Your Honor's most recent order, Mr. Sweigert has turned his attention to attempts at destroying a newly formed business relationship with Dr. Jason Dean.  Dr. Dean is an osteopath who has invited me on his talk show to discuss various topics.  The appearance helped to expand my audience and earn income.  Mr. Sweigert immediately began harassing Dr. Dean and me, sending many letters to various medical boards and threats of filing baseless complaints.

I believe Mr. Sweigert's goal is to make it unattractive for Dr. Dean or any individual to associate with me and occupy my time with the drama he creates.  As recently as today, Mr. Sweigert sent two additional letters to me via USPS, **(EXHIBIT A)**.  These are only two of literally dozens of harassing letters Sweigert has sent to me and members of my family and other business associates through the course of this litigation.  I respectfully request 30 additional days with Court ordered non-molestation from Sweigert to reply as previously ordered.

Respectfully submitted,

Jason Goodman

**(EXHIBIT A)**

YouTuber Jason Goodman
252 7th Avenue, Apartment SX
New York, NY 10001

10001-732699

ORLANDO FL 328
24 JUL 2024 PM 4 L

YouTuber Jason Goodman
252 7th Avenue, Apartment SX
New York, NY 10001

10001-732699

ORLANDO FL 328
24 JUL 2024 PM 4 L




D. G. SWEIGERT
PMB 13339, 514 Americas Way,
Box Elder, SD 57719

July 23, 2024

Chair
Department of Health
Board of Chiropractic Medicine
4052 Bald Cypress Way Bin C-07
Tallahassee, FL 32399-3257

To whom it may concern:

As you know alleged disinformation agent Jason Goodman of New York City is actively recruiting unsuspecting dupes to assist in the spread of his medical conspiracy theories. Jason Goodman works closely with John "Warren" Cullen to these ends. The pair are now aided and abetted by the below listed medical professional.

**Dr. Jason Dean**
**Chiropractor**

Doctor Dean sells dietary supplements at BraveTV.com, registered as shown below:

**2023 FLORIDA LIMITED LIABILITY COMPANY REINSTATEMENT**
DOCUMENT#
Entity Name: BRAVETV, LLC
Current Principal Place of Business:

Current Mailing Address:

FEI Number: 87-2947801
Name and Address of Current Registered Agent:

D. G. SWEIGERT
PMB 13339, 514 Americas Way,
Box Elder, SD 57719

July 22, 2024

Rep. Jamie Raskin
51 Monroe Street
Suite 503
Rockville, MD 20850

To whom it may concern:

As you know alleged disinformation agent Jason Goodman of New York City is actively recruiting unsuspecting dupes to assist in the spread of his medical conspiracy theories. Jason Goodman works closely with John "Warren" Cullen to these ends. The pair are now aided and abetted by the below listed medical professional.

Dr. Jason Dean
Chiropractor
[redacted]
[redacted]
Twitter: @jasondeandc

Doctor Dean sells dietary supplements at BraveTV.com, registered as shown below:

**2023 FLORIDA LIMITED LIABILITY COMPANY REINSTATEMENT**
DOCUMENT# [redacted]
Entity Name: BRAVETV, LLC
Current Principal Place of Business:
[redacted]

Current Mailing Address:
[redacted]

FEI Number: 87-2947801
Name and Address of Current Registered Agent:
[redacted]
[redacted] US