```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

D. G. SWEIGERT,

                    Plaintiff,

    - against -

JASON GOODMAN, ET AL.,

                    Defendants.

23-cv-5875 (JGK)
23-cv-6881 (JGK)

<u>ORDER</u>

**JOHN G. KOELTL, District Judge:**

The time for the defendant to reply in support of the defendant's motion to dismiss, ECF No. 145, is extended to **September 3, 2024**. Any requests for other relief should be directed to Magistrate Judge Figueredo. A copy of this Order should be mailed to the pro se plaintiff with mailing noted on the docket.

**SO ORDERED.**

Dated:    New York, New York
           August 2, 2024

                                      John G. Koeltl
                                  United States District Judge