UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| D. G. Sweigert, | PRO SE |
|---|---|
| -against- | 23-cv-06881-JGK-VF |
| Jason Goodman, | Judge John G. Koeltl |
| | Related Case: 23-cv-05875-JGK-VF |

**CERTIFICATE OF SERVICE**

A copy of the Plaintiff's letter to the presiding judge OBJECTING to Defendant's request for an extension of time to file his REPLY BRIEF (ECF mo. 132) has been placed in the U.S. MAIL addressed to Jason Goodman, 252 7th Avenue, New York, N.Y. 10001 on August 1, 2024 (8/1/2024). Signed on August 1, 2024 (8/1/2024).

*/s/ D. Sweigert*

**D. G. SWEIGERT PRO SE PLAINTIFF, C/O PMB 13339,**
514 Americas Way, Box Elder, SD 57719

1