The Honorable Valerie Figueredo
Magistrate Judge for the Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, NY 10007
Via pro se electronic filing

Re: *Case No.: Re: Case No.: Case No.: 1:23-cv-05875-JGK*
*Case No.: 1:23-cv-06881-JGK Sweigert v Goodman et al*

September 2, 2024

Deara Judge Figueredo,

    I write to respectfully request a continuance in this matter and a stay to all proceedings and any further filings so the Court may schedule a hearing at which Mr. Sweigert should be compelled to show cause as to why he cannot behave like a normal civil litigant.  I regret the need for this request, but unfortunately, Mr. Sweigert has persisted in making frivolous filings and as further stated below, his extrajudicial harassment has advanced to an outrageous level that requires the Court's attention.  I respectfully request an in person hearing at which I would share evidence of Mr. Sweigert's egregious behavior which cannot be included here due to its false and scurrilous nature.  I believe it is Sweigert's intention for me to immortalize his ridiculous allegations in this filling so he may distribute that widely on social media.

    The time for me to reply to Mr. Sweigert's opposition was set for September 3.  The Court extended this time previously in response to my request which was also made as a result of Mr. Sweigert's harassment, (Dkt No. 132). Mr. Sweigert has no purpose for these extra judicial communications apart from harassing me and anyone I know or interact with.  I allege this is his sole purpose and the primary, albeit wrongful purpose of his legal actions against me.  Not only is it duplicative, Sweigert's filings violate Rule 11 because they fundamentally have no purpose apart from harassing, causing unnecessary delay, and needlessly increasing the cost of litigation.  This case should not be allowed to proceed for these reasons, for all prior stated reasons and for

the additional reasons stated in this letter.  The Court cannot reasonably expect a defendant to be bound by the Federal Rules of Civil Procedure if the plaintiff is not as well.

The Court has already heard about the now nearly eight years of stalking and harassment Mr. Sweigert has subjected me to.  The Court is already aware of the approximately two dozen duplicative, frivolous legal actions Sweigert has filed against me in numerous district courts around the nation.  The Court should review the numerous vexatious pro se cases Sweigert has filed against his personal enemies dating back to 1992.  He has spent the better part of a decade pursuing me and has only intensified his campaign over time.  Sweigert has no regard for his fellow citizens who would rely upon the judicial resources he wastes pursuing his insatiable, psychotic obsession to harm me.  Ignoring the greater needs of the public to selfishly abuse the courts in the manner Sweigert does can only be described as a psychopathic obsession.  The Court should treat it as that and put an end to it immediately, once and for all.

The Court previously granted an extension of time for me to reply to Sweigert's opposition on August 2, 2024, (Dkt. 133).  The purpose was to allow me to respond without the disruption of unnecessary harassment calculated to deliberately waste my time.  However, since then, Sweigert has only amplified his harassment to levels not previously seen.  He has crossed two unacceptable bounds that I believe rise to criminal conduct but even if not, the Court should not tolerate this activity.  The Court has already heard about the harassment of my parents and other behavior that causes me to believe Sweigert is mentally ill and a danger to my safety.

As the Court is aware, on July 13, 2024, there was an assassination attempt at a Donald Trump Rally.  On my podcast, I interviewed an eyewitness to the event named Erin Autenreith on or around August 3, 2024.  On that same day, Sweigert sent a harassing letter to the woman's employer and forwarded a copy to me, **(EXHIBIT A)**.  He had no legitimate purpose for

contacting this woman's employer apart from harassing me. Doing so introduced the possibility of a conflict that potentially could lead to Ms. Autenreith's termination and great financial distress. I have described Mr. Sweigert's behavior as psychopathic, and this action demonstrates why. I do not know Ms. Autenreith beyond the interview and harming her tremendously would hardly damage me if at all, but despite this Sweigert is undeterred as he seeks new ways to constantly satisfy his pathological desire to harm me or anyone I deal with. Mr. Sweigert is truly a menace to the public. On the basis of his historic abuse, he should not be allowed to access the courts as a pro se litigant under any circumstance without first seeking leave of this court

As the Court has heard ad nauseum, for nearly eight years, Mr. Sweigert has engaged in a relentless campaign of harassment against me, including filing duplicative lawsuits in multiple jurisdictions and sending harassing communications to my associates, guests on my podcast, and even my elderly parents. Throughout July and August, letters sometimes three at a time arrived virtually daily at my home. Perhaps due to his dissatisfaction with the Court's granting an extension for me to reply, as recently as August 27, 2024, and using the name "Crowdsource the Truth Investigations" Mr. Sweigert sent a letter to the U.S. Coast Guard containing false allegations claiming that I was, "directly responsible for the closure of the maritime terminal of the Port of Charleston" **(EXHIBIT B)**

I believe he is violating my copyright to provoke me to sue him for infringement or to otherwise lay down evidence for a future claim of failure to defend the copyright that will be woven into a future legal scheme. There was an FBI investigation in 2017, as cited by the New York Times, the only person arrested in connection with that incident was his brother George Webb Sweigert, (https://www.nytimes.com/2017/06/15/us/port-dirty-bomb-south-carolina.html). I have not been accused of or charged with any crime and no one apart from Mr. Sweigert has

determined I had any responsibility in the port closure. Sweigert's letter goes on to make further allegations against me so heinous I will not repeat them but would like to present them at an in person hearing so Sweigert may explain how they pertain to this matter and present evidence.

Given his history, I respectfully request that the Court schedule a show cause hearing at which Mr. Sweigert should be compelled to appear in person to explain his conduct under oath. Specifically, I believe it is imperative that Mr. Sweigert be required to explain;

a) why he has filed duplicative lawsuits against me in multiple jurisdictions.

b) Why he continues to harass me and uninvolved third parties, including my elderly parents and business associates.

c) Why he should not be sanctioned for abusing the legal system and violating Rule 11 of the Federal Rules of Civil Procedure and other rules and law repeatedly.

Mr. Sweigert should not be allowed to wield the power of the courts as his personal weapon to terrorize his perceived enemies. If Mr. Sweigert truly has legitimate claims, he should allow this court to adjudicate this matter without his constant filing of frivolous items and without his extrajudicial harassment. If he refuses, it is reasonable that he should appear in person to justify his actions in front of this Court. Failure to do so would further demonstrate the frivolous and harassing nature of this litigation and the lack of merit to the claims.

Should a hearing be denied, I alternately request that the Court admonish Mr. Sweigert to cease and desist his extrajudicial harassment and grant me an additional thirty days to respond to his opposition to the motion to dismiss.

Respectfully submitted,

Jason Goodman

**(EXHIBIT A)**

# CrowdSource The Truth Investigations

August 3, 2024

Janelle Hawthorne
Pennsylvania Department of State
306 North Office Building
401 North Street
Harrisburg, PA 17120

SUBJECT: Pennsylvania Freedom of Information Act

To whom it may concern,

A licensed ▇▇▇▇ recently was a guest on the CrowdSource The Truth social media show and provided damning evidence concerning the July 13th, 2024 assassination attempt on ex-President Trump in Butler, PA.




Therefore, we require a complete copy of her realtor license file.

License # ▇▇▇▇, Erin Autenreith, ▇▇▇▇▇▇▇▇

Best,

D. Sgt

D. G. Sweigert

D. G. SWEIGERT, PMB 13339, 514 Americas Way, Box Elder, SD 57719

1

Copies provided:

Criminal Investigation
Pennsylvania State Police
1800 Elmerton Avenue
Harrisburg, PA 17110

Youtuber Jason Goodman,
252 7th Avenue, Apt. 6-S
New York, N.Y. 10001

Erin Autenreith
c/o
████
████████



Trump Assassination Attempt Eyewitness Erin Autenreith – Was There a Shooter on the Water Tower?

2

**(EXHIBIT B)**

# CrowdSource The Truth Investigations

August 27, 2024

CAPT Jonathan Andrechik
Captain of the Port
Sector New York,
U.S. Coast Guard (USCG)
212 Coast Guard Dr.
Staten Island, NY 10305

Ladies and Gentlemen,

1. At the outset, the individual described below was directly responsible for the closure of the marine terminal at the Port of Charleston, South Carolina on June 14, 2017 as reported in the international press (see Memphis Maersk dirty bomb hoax). This person utilized disinformation to conduct this terrorist attack on critical infrastructure and may be planning a similar attack on the Port of New York and New Jersey.

2. For example, this individual has a long history of social media threats against federal judge Hon. Valerie E. Caproni of the Southern District of New York, name listed below with his varies frivolous federal lawsuits. Now he plans to sue the U.S.C.G.

    JASON GOODMAN, 252 7th Avenue, Apartment S-6, N.Y., N.Y. 10001

    | | | |
    |---|---|---|
    | 1:21-cv-10627-VEC | Goodman v. Sharp et al | filed 12/13/21 |
    | 1:21-cv-10878-AT | Goodman v. Bouzy et al | filed 12/19/21 |
    | 1:23-cv-09648-JGLC | Goodman v. The City of New York et al | filed 10/31/23 |

3. For your records Mr. Goodman has proclaimed in social media podcasts that he has ▓▓▓ ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ (according to his former roommate George Webb Sweigert of San Diego, California). Goodman is also an associate of New York crime figure Felix Sater, as reported to INTERPOL.

THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
                     D. G. SWEIGERT

                           Plaintiff,
        -against-

                    JASON GOODMAN
                       Defendant.
-------------------------------------------------------------------X

Case 1:23-cv-05875-JGK
Case 1:23-cv-06881-JGK

**CERTIFICATE OF SERVICE**

It is hereby certified that Defendant Pro Se, Jason Goodman, served Plaintiff with a copy of the letter via USPS to that address below

    D. G. SWEIGERT, C/O
    PMB 13339, 514 Americas Way,
    Box Elder, SD 57719

Dated: New York, New York September 2, 2024

Respectfully submitted,

Jason Goodman
Pro Se Defendant
truth@crowdsourcethetruth.org
252 7th Avenue Apt 6s
New York, NY 10001
347-380-6998

CERTIFICATE OF SERVICE        1