| | |
|---|---|
| IN THE UNITED STATES DISTRICT COURT<br>FOR THE SOUTHERN DISTRICT OF NEW YORK<br>-------------------------------------------------------------------X<br>D. G. SWEIGERT<br><br>Plaintiff,<br>-against-<br><br>JASON GOODMAN et al<br>Defendant.<br>-------------------------------------------------------------------X | Case No.: 1:23-cv-05875-JGK<br>Case No.: 1:23-cv-06881-JGK<br><br>**REQUEST FOR**<br>**JUDICIAL NOTICE** |

Defendant, Jason Goodman ("Goodman"), by and for himself pro se, respectfully requests the Court take judicial notice of related filings made by the plaintiff in a Pennsylvania Right To Know Act case that he has no legitimate interest in. **(EXHIBIT A)**.

Dated: New York, New York September 30, 2024

Respectfully submitted,

Jason Goodman
Pro Se Defendant
truth@crowdsourcethetruth.org
252 7th Avenue Apt 6s
New York, NY 10001
347-380-6998

REQUEST FOR JUDICIAL NOTICE                                               1

**(EXHIBIT A)**

PENNSYLVANIA OFFICE OF OPEN RECORDS
------------------------------------------------------------------------X
                JASON GOODMAN,

                            Requester,

                    -against-

BEAVER COUNTY DISTRICT ATTORNEY'S OFFICE
                            Respondent.
------------------------------------------------------------------------X

      Docket No.: AP 2024-2433

NOTIFICATION OF MALICIOUS AND DEFAMATORY AMICUS SUBMISSION AND REQUEST FOR CRIMINAL REFERRAL FOR ABUSE OF MAIL AND INTERSTATE WIRE

1.     I am writing to bring to your immediate attention to a highly unusual and inappropriate submission by David George Sweigert in the above-referenced case. Mr. Sweigert has submitted an unsolicited and malicious amicus brief that contains false and defamatory statements about me including false accusations of criminal activity including terrorism. This submission is not only irrelevant to the Right to Know Law (RTKL) request at issue but also constitutes an abuse of the legal process. **(EXHIBT A)**

I.     **Malicious and Defamatory Content**

2.     The amicus submission by Mr. Sweigert includes falsehoods such as the claim that I am "widely known for issuing a fake dirty bomb hoax warning to the U.S. Coast Guard that shut down the Port of Charleston, S.C."

3.     This statement is false. The individual responsible for this incident was George Webb, also known as George Webb Sweigert—Mr. Sweigert's brother. A June 15, 2017, New York Times article mentions Webb's involvement five times and confirms the FBI's subsequent investigation. Immediately following this incident, Webb was arrested in Zanesville OH during the early hours of June 16, 2017, and interrogated by the FBI while in jail. **(EXHIBT B)**

4.     I have never been investigated to my knowledge or accused by the FBI in connection with this event or any criminal activity.

5. My involvement was limited to broadcasting a video related to the event, which Webb called into and injected the false information, I suspect in a misguided effort to connect me to it as his brother David George Sweigert has been attempting to do for the nearly eight years since this bizarre incident.

6. During the broadcast, Webb urged me to call the Coast Guard rather than doing that himself. I consider this an obvious but failed attempt to frame me as the perpetrator.

7. Since the incident, Mr. Sweigert has attacked me relentlessly through multiple complaints and lawsuits and every extrajudicial harassment tactic conceivable, such as this bogus amicus submission. It defies credulity that any amicus could have interest in a legitimate RTK matter such as this.

II.     **Provocation of Frivolous Legal Action**

8. In executing his purely malicious, frivolous amicus brief, Mr. Sweigert has assumed the name "Crowdsource the Truth Investigations" despite his knowledge that Crowdsource the Truth is a trademark owned by me. I suspect he is doing this to provoke an infringement suit because he constantly seeks to burden me with frivolous litigation.

III.    **Abuse of Mail and Interstate Wires**

9. Even if Sweigert's submission is not entered on the docket, he additionally sent it ot my home in New York, transmitting this false and defamatory document through the mail, and potentially across state lines, Mr. Sweigert may have violated federal laws prohibiting the use of mail and interstate wires to commit fraud. His actions are not merely a nuisance; they represent a calculated attempt to defame me and disrupt my legal and personal affairs.

10. Sweigert further issued another malicious communication to law enforcement parties related to this action. **(EXHIBIT C)**

### IV. Request for Criminal Referral and Appropriate Action

11. In light of these facts, I respectfully request the following from your office:

12. Disregard the Amicus Submission: The submission serves no legitimate purpose in this case and should be disregarded entirely and stricken from the record.

13. Referral for Criminal Investigation: I request that your office refer this matter to the appropriate Pennsylvania State authorities for criminal investigation, particularly regarding Mr. Sweigert's potential violations of federal laws governing the use of mail and interstate wires and directing his conduct towards official business of the Commonwealth of Pennsylvania.

14. Judicial Notice of Harassment: I ask that your office take judicial notice of Mr. Sweigert's pattern of harassment and his attempts to use the legal process to defame and disrupt virtually every aspect of my personal and professional life.

Dated: New York, New York September 30, 2024

Respectfully submitted,

Jason Goodman
Pro Se Plaintiff
truth@crowdsourcethetruth.org
252 7th Avenue Apt 6s
New York, NY 10001
347-380-6998

**(EXHIBIT A)**

# CrowdSource The Truth Investigations

September 20, 2024

Jack Manning, Commissioner
Beaver County Court House
810 Third Street
Beaver, PA 15009

And

Nathan Bible
Beaver County District Attorney's
Office 810 Third Street
Beaver, PA 15009

Ladies and Gentlemen.

This letter provides your office an update on the cyber terrorist Jason Goodman, widely known for issuing a fake dirty bomb hoax warning to the U.S. Coast Guard that shutdown the Port of Charleston, S.C. on June 14, 2017 to honor Donald Trump on his birthday. For a copy of the U.S. Coast Guide after action report see: Case 1:21-cv-10878-AT-JLC Document 285 Filed 06/02/24 Page 13 of 42, S.D.N.Y. The document will explain the cyber terrorism perpetrated by Mr. Goodman's associates, which includes the founder of "Q-Anon".

As you are well aware, Jason Goodman has publicly stated on his Twitter (X) account (@JG_CSTT) and YouTube channel (https://www.youtube.com/@crowdsourcethetruth11) that the Office in Charge (O.I.C.) of the County S.W.A.T. Team (ESU) has forged photographic evidence provided to the U.S. Congress and is therefore a felon. Kindly be advised that copies of this letter are forwarded to various law enforcement accreditation agencies for their files, as the O.I.C. may indeed by a felon.

Mr. Goodman is close friends with SPUTNIK operative Lee Stranahan of South Dakota (convicted of domestic violence) and with pro-Trump extremist Laura Loomer and white supremist Jonathan Owen Shroyer (felon convicted of attacking the U.S. Capitol, January 6, 2021). Loomer and Goodman want to see the death penalty for the traitors that work in your office, or part of your sneaky conspiracy to kill Donald Trump.

Use caution in dealing with this man, believed to be suffering from acute pathological narcissistic personality disorder (see Arlington, Virginia protection order). He is a NYU graduate (born April 1972). He displays an anti-social sadistic pathology that is activated by almost anyone Goodman perceives has slighted him in the least.





A small sampling of his frivolous litigation is shown below with his published home address, as listed in these S.D.N.Y. court actions.

JASON GOODMAN, 252 7th Avenue, Apartment S-6, N.Y., N.Y. 10001
1:21-cv-10627-VEC        Goodman v. Sharp et al        filed 12/13/21
1:21-cv-10878-AT         Goodman v. Bouzy et al        filed 12/19/21
1:23-cv-09648-JGLC       Goodman v. The City of New York et al    filed 10/31/23

Mr. Goodman is active in the harassment of Southern District of New York (S.D.N.Y.) District Judges Valerie E. Caproni and Jessica G.L. Clarke (Goodman calls her a "f_cking Jew hating judge"). This is part of his "DEATH TO TYRANTS" campaign.

Information below is from Mr. Goodman's restraining orders issued in Arlington County, Virgina for threatening the life of a newborn, the offspring of a U.S. Department of Homeland Security employee.

Best,

D.G. Sweigert


Protesters demand to be let in to the hearing room

**PRELIMINARY PROTECTIVE ORDER**
Commonwealth of Virginia   VA. CODE § 19.2-152.9

Case No. GV23000106-00
Hearing Date and Time: 1/9/2023   2:00 pm

ARLINGTON GENERAL DISTRICT COURT - CIVIL   [X] General District Court  [ ] Circuit Court   [ ] Extension of Preliminary Protective Order
[ ] Juvenile and Domestic Relations District Court

| PETITIONER | PETITIONER'S DATE OF BIRTH |
|---|---|
| JANKOWICZ, NINA | 1989 |

And on behalf of minor family or household members: (list each name and date of birth)

Other protected family or household members: (list each name and date of birth)

v.

| RESPONDENT | RESPONDENT IDENTIFIERS |
|---|---|
| GOODMAN, JASON | RACE: W  SEX: M |
| NEW YORK, NY 10001 | |

[ ] CAUTION: Weapon Involved   Distinguishing features:

**SUMMONS FOR HEARING**



Copies:

Vice Admiral Nathan A. Moore, USCG
Commander, Atlantic Area
Coast Guard Base Portsmouth
4000 Coast Guard Blvd.
Portsmouth, VA 23703

Rear Adm. Douglas M. Schofield
COMMANDER
USCG Seventh District
Brickell Plaza Federal Building
909 SE 1st Avenue
Miami, FL 33131-3050

Special Agent in Charge
U.S. Secret Service
U.S. Department of Homeland Security
390 N Orange Ave Ste 1300
Orlando, FL 32801

YouTuber Jason Goodman
Editor in Chief
Crowdsource The Truth
252 7th Avenue, Apartment 6S
New York, NY 10001

Director of Security
U.N. Police Operations
760 United Nations Plaza
New York, NY 10017

**(EXHIBIT B)**

LOCAL

# Man who allegedly reported dirty bomb in Charleston arrested in Zanesville

**Kate Snyder**
Zanesville Times Recorder
Published 11:33 a.m. ET June 16, 2017 | Updated 2:35 p.m. ET June 16, 2017

ZANESVILLE - A man who federal authorities suspected was involved in reporting a dirty bomb at the Port of Charleston in South Carolina was arrested on unrelated charges in Zanesville early Thursday morning.

George W. Sweigert, 56, was booked into the Zanesville City Jail for having physical control of a vehicle while intoxicated. He pleaded not guilty in Zanesville Municipal Court, according to online court records, and he posted bond and was released, said Captain Chris Phipps with the Zanesville Police Department.

"I do not know if he is in the area or not," Phipps told the Times Record Friday morning.

The United States Coast Guard received two calls Wednesday night reporting a possible dirty bomb on board a container ship, the New York Times reported. As agencies investigated the reports, part of the port was shut down for several hours and no bomb was found.

The New York Times, which characterized Sweigert as a far-right YouTube conspiracy theorist, also reported that Sweigert detailed calls made to the Coast Guard about a possible bomb in a video online. Sweigert posts content under the name George Webb.


George W. Sweigert *Submitted*

On Thursday morning, the U.S. Coast Guard Southeast Twitter account tweeted that an individual related to the threat was detained in Zanesville.

In a video posted by Jason Goodman to YouTube, Sweigert discusses calling the Coast Guard to report a possible bomb based on information from sources "within a five-hour driving area of West Virginia."

In another video posted by Jason Goodman, titled "Getting the Dirty Bomb Story Straight," Sweigert said he was interviewed by FBI agents and had been detained in the Zanesville City Jail.

Just before Sweigert was arrested, the FBI alerted ZPD to be on the lookout for Sweigert, Phipps said. Agents did not tell officers why they believed Sweigert was in the area.

"They didn't want him arrested, they just wanted to talk to him," Phipps said.

Phipps said FBI agents spoke to Sweigert but could not comment any more on the investigation. Don Wood, a supervisory special agent at the FBI office in Columbia, South Carolina, said no one has been arrested in connection with the incident and the investigation is ongoing.

He would neither confirm nor deny that Sweigert was questioned by FBI agents.

Sweigert was arrested at about 2 a.m. on Playford Avenue, off of Hamline Avenue, in Zanesville. The call came in to ZPD as a suspicious vehicle, Phipps said. It was coincidental that Sweigert was found and taken into custody right after the FBI alerted ZPD to be on the lookout for him, Phipps added.

According to online court records, a hearing in the physical control case is set for 9 a.m. on July 17 in Zanesville Municipal Court.

ksnyder2@zanesvilletimesrecorder.com

740-450-6752

Twitter: @KL_Snyder

**(EXHIBIT C)**

# PENNSYLVANIA OFFICE OF OPEN RECORDS

**IN THE MATTER OF**

**JASON GOODMAN,**
**Requester**

v.                                                                          Docket no. AP 2024-2433

**BEAVER COUNTY DISTRICT**
**ATTORNEY OFFICE,**
**Respondent**

## AMICUS SUBMISSION OF CORRESPONDENCE TO THE RESPONDENT BY CROWDSOURCE THE TRUTH INVESTIGATIONS.

**Affirmation of service:**

True copies of this document have been sent via electronic mail on September 29, 2024 to:

- Office of Open Records, openrecords@pa.gov
- Sheriff@beavercountypa.gov, agall@beavercountypa.gov, bsedlacek@beavercountypa.gov
- YouTuber Jason Goodman, truth@crowdsourcethetruth.org, 21stcentury3d@gmail.com

Duly sworn on this day by D. G. Sweigert, pro se amicus, under penalties of perjury, Box 13339, 514 Americas Way, Box Elder SD 57719-7600

*D. Sgt*

D.G. Sweigert

# CrowdSource The Truth Investigations

**September 29, 2024**

Jack Manning, Commissioner
Beaver County Court House
810 Third Street
Beaver, PA 15009

And

Nathan Bible
Beaver County District Attorney's Office
810 Third Street
Beaver, PA 15009

SUBJ:  Docket no. AP 2024-2433

REF:   65 Pa. Stat. § 67.708 (b)(1)(ii)

Ladies and Gentlemen,

1. This letter concerns the recent "Right to Know" requests lodged against individual officers/deputies for copies of media files present on their personal Internet devices by Jason Goodman.  Be advised these officers/deputies may be at significant risk of physical harm from the obsessive social media posts concerning their treasonous acts as determined by Chief Investigator Goodman.

2. As you are well aware, Chief Investigator Goodman has publicly stated on his Twitter (X) account (@JG_CSTT) and YouTube channel (https://www.youtube.com/@crowdsourcethetruth11) that the Office in Charge (O.I.C.) of the Beaver County S.W.A.T. Team (ESU) has forged photographic evidence provided to the U.S. Congress and is therefore a felon and traitor.

3. Based on Jason Goodman's uncontrollable violent outbursts broadcast on livestream YouTube videos (at least 30-40 such incidents), his restraining orders (see federal judge Gershwin Drain, Detroit, Michigan) and failed lawsuits he is considered a dangerous individual. Lawsuits shown below with the address of record.

    JASON GOODMAN, 252 7th Avenue, Apartment S-6, N.Y., N.Y. 10001
    1:21-cv-10627-VEC        Goodman v. Sharp et al          filed 12/13/21
    1:21-cv-10878-AT         Goodman v. Bouzy et al          filed 12/19/21
    1:23-cv-09648-JGLC       Goodman v. The City of New York et al     filed 10/31/23

4. The N.Y.P.D., 10th Precinct, has an extensive file on this person relating to disorderly conduct, false (hoax) 911 police calls, and other anti-social activities.

5. Information below is from Mr. Goodman's restraining orders issued in Arlington County, Virgina for threatening the life of a newborn, the offspring of a U.S. Department of Homeland Security employee, with social media threats (see Nina Jankowicz v. Goodman).

6. He has recently bragged about attending N.R.A. pistol marksmanship training, although the restraining orders prohibit gun ownership.

7. He is a New York University graduate, born in April 1972.







8. Mr. Goodman continues to make threats against the personnel that work in the United Nations security police force.



9. For your records a copy of an e-mail message sent to the U.S. Secret Service in 2022 about Mr. Goodman's contact with former Secretary of State Hillary Clinton is enclosed.



Best,

D.G. Sweigert

---------- Original Message ----------
From: spoliation@posteo.net
Date: 02/18/2022 9:46 AM PST
Subject: U.S. Secret Service security obstruction at Hillary Clinton event

Please forward to Special Agent In Charge, U.S. Secret Service, New York City

For an update:

On February 17, 2022 Jason Goodman (see attached) was observed attempting to obstruct U.S. Secret Service security personnel at the arrival of Hillary Rodham Clinton in New York City.

Goodman is seen on his latest video arguing with security personnel which smacks of obstruction.

Then he is seen hurling possible incitements to murder against Mrs. Clinton.

https://twitter.com/csthetruth/status/1494406870592856066?cxt=HHwWhIC5-bHImb0pAAAA

…

Goodman followers are known to be Q-Anon advocates and are susceptible to incitement to murder.

Goodman has also been linked to alleged organized crime boss Felix Sater via the use of the same attorney -- John H. Snyder (NYC).

Best,

THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
                D. G. SWEIGERT

                      Plaintiff,
      -against-

              JASON GOODMAN
                  Defendant.
------------------------------------------------------------------X

Case 1:23-cv-05875-JGK
Case 1:23-cv-06881-JGK

**CERTIFICATE OF SERVICE**

It is hereby certified that Defendant Pro Se, Jason Goodman, served Plaintiff with a copy of the request for judicial notice via USPS to that address below

D. G. SWEIGERT, C/O
PMB 13339, 514 Americas Way,
Box Elder, SD 57719

Dated: New York, New York September 30, 2024

Respectfully submitted,

Jason Goodman
Pro Se Defendant
truth@crowdsourcethetruth.org
252 7th Avenue Apt 6s
New York, NY 10001
347-380-6998

CERTIFICATE OF SERVICE          1