UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
D.G. SWEIGERT,

                      Plaintiff,

-against-                                        23 **CIVIL** 5875 (JGK)
                                                                23 **CIVIL** 6881 (JGK)

## JUDGMENT

JASON GOODMAN, ET AL.,

                      Defendants.
-----------------------------------------------------------------X

     It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated October 31, 2024, pursuant to the Court's Memorandum Opinion and Order dated October 11, 2024, the time for the plaintiff to move to file an amended complaint was October 30, 2024. To date, no such motion has been filed. For the reasons set forth in the Court's October 11, 2024 Memorandum Opinion and Order, with the exception of the plaintiff's claims brought pursuant to New York State Civil Rights Law§§ 50 & 51, all of the plaintiff's claims brought in case number 23-cv-5875 (the "5875 Action") and in case number 23-cv-6881 (the "6881 Action") are dismissed with prejudice. In the 5875 Action, the parties are directed to submit a Rule 26(f) report to Magistrate Judge Figueredo by November 14, 2024. Except for any papers filed in connection with the Rule 26(f) report, no other filings are authorized in the 5875 Action until Magistrate Judge Figueredo issues a scheduling order. Because all of the claims in the 6881 Action have been dismissed with prejudice, judgement is entered in the 6681 Action dismissing the action with prejudice; accordingly, case 23cv6681 is closed.

**Dated:**  New York, New York
         November 1, 2024

                                                               **DANIEL ORTIZ**
                                                            **Acting Clerk of Court**

                              **BY:**   *K. Mango*

                                                            **Deputy Clerk**