D. G. SWEIGERT, C/O,
MAILBOX, PMB 13339
514 Americas Way,
Box Elder, SD 57719
Spoliation-notice@mailbox.org

December 7, 2024

**Sweigert v. Goodman, 23-cv-06881-JGK**

Clerk of the Court
U.S. District Court for the Southern District of New York
500 Pearl Street New York, N.Y. 10007
Via ECF filing

**NOTICE OF APPEAL**

To the Clerk,

This communication should be construed as a notice of appeal of the following decision:

**ORDER at ECF no. 152, dated 11/18/2024**

This appeal shall be brought in the U.S. Court of Appeals for the Second Circuit.

Sincerely,

*D. Swt*

D. G. Sweigert

**CERTIFICATE OF SERVICE**

On this date, 12/7/2024, this communication was placed in the U.S. Mail with First Class postage addressed to Jason Goodman, 252 7th Avenue, New York, N.Y. 10001. Hereby certified under penalties of perjury.

*D. Swt*