UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| D. G. Sweigert,<br>Plaintiff<br><br>-against-<br><br>Jason Goodman,<br>Defendant | PRO SE<br><br>1:23-cv-06881-JGK-VF<br><br>Court of Appeals Docket #: 24-3255 |
|---|---|

## NOTICE TO THE CLERK

The *pro se* Plaintiff (undersigned) herein states that a U.S. Postal Money Order in the amount of $605.00 USD has been placed in the U.S. Mail with expediated overnight delivery to the PRO SE INTAKE desk at 500 Pearl Street, N.Y., N.Y. 10007.

Signed February 3, 2025

*D. Sgt*

D. G. SWEIGERT PRO SE PLAINTIFF, C/O
PMB 13339, 514 Americas Way,
Box Elder, SD 57719

1

## **CERTIFICATE OF SERVICE**

**It is hereby attested that on 2/3/2025 a hard copy of this notice was placed in the U.S. Mails addressed to:**

**Jason Goodman
252 7th Avenue, S-6
New York, N.Y. 10001**

Signed February 3, 2025.

*D. Sgt*