UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| D. G. Sweigert, | PRO SE |
|---|---|
| -against- | Court of Appeals Docket #: 24-3255 |
| Jason Goodman, | 23-cv-06881-JGK-VF SDNY |
| | Judge John G. Koeltl |

## NOTICE TO THE CLERK

It is hereby attested that on 2/4/2025 an overnight U.S. Mail parcel was delivered to the U.SA. District Court for the S.D.N.Y. at 4:13 pm, 2/4/2025 as shown below.



Hereby sworn under penalties of perjury by Appellant D. G. Sweigert on 2/5/2025.

D.G. SWEIGERT

D. G. SWEIGERT, C/O, MAILBOX, PMB 13339
514 Americas Way, Box Elder, SD 57719

Spoliation-notice@mailbox.org

1