```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
--------------------------------------------------

D.G. SWEIGERT,

                Plaintiff,

    - against -

JASON GOODMAN,

                Defendant.

--------------------------------------------------

23-cv-6881 (JGK)

ORDER

**JOHN G. KOELTL, District Judge:**

    The defendant Jason Goodman has moved to alter or amend the judgment in this case pursuant to Rule 59(e) of the Federal Rules of Civil Procedure. ECF No. 158.

    The defendant's Rule 59(e) motion was filed on April 24, 2025. Id. But Rule 59(e) provides: "A motion to alter or amend a judgment must be filed no later than 28 days after the entry of the judgment." Fed. R. Civ. P. 59(e). In this case, the judgment was entered on November 1, 2024. ECF No. 147. Therefore, the time to file a Rule 59(e) motion expired on December 2, 2024. Accordingly, the defendant's Rule 59(e) motion is **denied**.

    The Clerk is directed to close ECF No. 158.

**SO ORDERED.**

**Dated:**    New York, New York
            April 25, 2025

                                            /s/ John G. Koeltl
                                                **John G. Koeltl**
                                **United States District Judge**